UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master Case No. 18-cv-06245-JSW<br><br>**JUDGMENT** |

Pursuant to the order issued on February 5, 2020 granting Defendants' motion to dismiss with leave to amend and Plaintiff's determination not to amend the complaint, the Court HEREBY ENTERS judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 13, 2020

_____
JEFFREY S. WHITE
United States District Judge