# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 8/11/2022 | **Time:** 1:54-2:30 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:18-cv-06245-JSW | **Case Name:** IN RE ALPHABET, INC. SECURITIES LITIGATION | |

**For Plaintiff State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of Rhode Island:**
Jason Forge
Michael Albert

**Attorney for Defendants Alphabet Inc., Google LLC, Lawrence E. Page, Sundar Pichai, Keith P. Enright and John Kent Walker, Jr.:**
Edward Swanson
Mary McNamara

**Deputy Clerk:** Ivy Lerma Garcia                **Recorded in Zoom:** 1:54-2:30

## PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Joint Discovery Letter Brief [Docket No. 107] is denied without prejudice

2. Joint Discovery Letter Brief [Docket No. 108] is denied without prejudice

   For the reasons stated on the record, Joint Discovery Letters No. 107 on apex depositions and No. 108 on 30(b)(6) depositions are denied without prejudice. The parties shall meet and confer productively in real time (i.e. in person or via videoconference or phone). If further disputes remain, the parties may file new joint discovery letters on both issues by August 25, 2022 that do not incorporate any other previously filed materials by reference.

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            ( )    Court

cc: Chambers