1 | ROBBINS GELLER RUDMAN
   & DOWD LLP
2 | JASON A. FORGE (181542)
ELLEN GUSIKOFF STEWART (144892)
3 | LAURA ANDRACCHIO (187773)
MICHAEL ALBERT (301120)
4 | J. MARCO JANOSKI GRAY (306547)
TING H. LIU (307747)
5 | KENNETH P. DOLITSKY (345400)
SARAH A. FALLON (345821)
6 | 655 West Broadway, Suite 1900
San Diego, CA  92101
7 | Telephone:  619/231-1058
619/231-7423 (fax)
8 | jforge@rgrdlaw.com
elleng@rgrdlaw.com
9 | landracchio@rgrdlaw.com
malbert@rgrdlaw.com
10 | mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
11 | kdolitsky@rgrdlaw.com
sfallon@rgrdlaw.com
12 |
Lead Counsel for Plaintiff
13 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re ALPHABET, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 3:18-cv-06245-TLT |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | DECLARATION OF EILEEN KI CHENG IN SUPPORT OF LEAD PLAINTIFF'S |
| ALL ACTIONS. | ) ) ) | MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES |

DATE:     September 24, 2024
TIME:      2:00 p.m.
JUDGE:    Honorable Trina L. Thompson
CTRM:     9, 19th Floor

1      I, Eileen Ki Cheng, declare as follows:

2      1.      I am General Counsel for the State of Rhode Island, Office of the General

3   Treasurer, and I submit this declaration in support of Lead Plaintiff State of Rhode Island, Office

4   of the Rhode Island Treasurer on behalf of the Employees' Retirement System of Rhode Island's

5   ("ERSRI") motion for final approval of the settlement of the above-captioned action (the

6   "Settlement") and an award of attorneys' fees and expenses.  This declaration is based upon

7   personal knowledge and on information I have gathered in my capacity as General Counsel.

8

9      2.      ERSRI is a governmental pension system with over $10 billion in investments

10  under management for the purpose of providing service retirement, disability retirement, and

11  survivor benefits to state employees, public school teachers, certain general and public safety

12  municipal employees, state police officers, and judges.  ERSRI's assets are invested under the

13  direction and authority of the State Investment Commission ("SIC").  The SIC is authorized,

14  created, and established in the office of the General Treasurer per Rhode Island General Law §35-

15  10.

16

17     3.      On behalf of ERSRI, the Office of the General Counsel for the State of Rhode

18  Island, Office of the General Treasurer has actively overseen the prosecution of this litigation by

19  Robbins Geller Rudman & Dowd LLP ("Robbins Geller").  The Office of the General Counsel

20  received and reviewed Court filings, Court orders, periodic updates, and other correspondence

21  from Robbins Geller regarding this case (including when the case was on appeal before the United

22  States Court of Appeals for the Ninth Circuit).

23

24     4.      In assessing the Settlement, the Office of the General Counsel and I weighed the

25  benefits to the Class against the risks and uncertainties of proceeding to trial.  The risks we

26  considered in evaluating the Settlement included the possibility of no recovery as a result of the

27  Court finding that there were no damages and the denial of class certification.  In light of the

28  DECLARATION OF EILEEN KI CHENG IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES -
3:18-cv-06245-TLT                                                                    - 1 -

1  amount of the Settlement ($350 million) and the immediacy of recovery to the Class, ERSRI

2  believes that the proposed Settlement is not just fair and reasonable, but is an excellent result for

3  and in the best interests of the Class.

4       5.    ERSRI negotiated class counsel's fee and approves Lead Counsel's fee application.

5  In doing so, the Office of the General Counsel took into account the quality of representation

6  provided throughout the litigation by counsel, which resulted in the Ninth Circuit reversing the

7  dismissal of this action and led to the significant recovery obtained for the Class in this case.

8  ERSRI also recognized and appreciated Lead Counsel's diligence over the course of the litigation,

9  during which time Lead Counsel worked with experts to develop a damages methodology to

10  address defendants' challenges, litigated class certification twice, conducted extensive discovery,

11  including the review of hundreds of thousands of pages of documents, and deposed witnesses.

12  ERSRI supports a 19% fee award as fair and reasonable under the facts and circumstances of this

13  case.

14       6.    On behalf of ERSRI, I respectfully request that the Court: (i) approve the

15  Settlement as fair, adequate, and reasonable; and (ii) approve Lead Counsel's attorneys' fee and

16  expense application as fair and reasonable.

17      I declare under penalty of perjury that the foregoing is true to the best of my knowledge

18  and belief. Executed this 11th day of July, 2024 in Providence, Rhode Island.

19

20                     _____

21                          EILEEN KI CHENG

22

23

24

25

26

27

28
DECLARATION OF EILEEN KI CHENG IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES -
3:18-cv-06245-TLT