ROBBINS GELLER RUDMAN
& DOWD LLP
JASON A. FORGE (181542)
ELLEN GUSIKOFF STEWART (144892)
LAURA ANDRACCHIO (187773)
MICHAEL ALBERT (301120)
J. MARCO JANOSKI GRAY (306547)
TING H. LIU (307747)
KENNETH P. DOLITSKY (345400)
SARAH A. FALLON (345821)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com
elleng@rgrdlaw.com
landracchio@rgrdlaw.com
malbert@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
kdolitsky@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No. 3:18-cv-06245-TLT |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE |

DATE: September 24, 2024
TIME: 2:00 p.m.
CTRM: 9, 19th Floor
JUDGE: Honorable Trina L. Thompson

I, ROSS D. MURRAY, declare and state as follows:

1. I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. The following statements are based on my personal knowledge and information provided to me by others and if called to testify I could and would do so competently.

2. Pursuant to this Court's April 9, 2024 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") (ECF 232), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned action (the "Action").[1] I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

3. I submit this declaration in order to provide the Court and the parties to the Action with information regarding: (i) mailing and emailing of the Court-approved Summary Notice of Proposed Settlement of Class Action (the "Summary Notice") (attached hereto as Exhibit A) and, if requested by potential Settlement Class Members, mailing of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit B); (ii) publication of the Summary Notice; (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Settlement Class and objections received to date by Gilardi.

**DISSEMINATION OF NOTICE**

4. Pursuant to the Notice Order, Gilardi is responsible for disseminating notice to potential Settlement Class Members. The Settlement Class consists of all Persons that purchased or otherwise acquired Alphabet Class A and/or Class C stock during the period from April 23, 2018, through April 30, 2019, inclusive. Excluded from the Settlement Class are Defendants and

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated February 5, 2024 (the "Stipulation") (ECF 222-2), which is available on the website established for the Settlement at www.AlphabetSecuritiesSettlement.com.

their families, the officers, directors, and affiliates of Defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded from the Settlement Class is any Person who timely and validly seeks exclusion from the Settlement Class.

5. Gilardi received a file via email from Alphabet's transfer agent, which contained the names and addresses of potential Settlement Class Members. The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 2,103 unique names and addresses, and 376 email addresses. Gilardi had the unique name and address data printed on to Summary Notices, posted the Summary Notices for First-Class Mail, postage prepaid, and delivered 2,103 Summary Notices on April 26, 2024, to the United States Post Office for mailing. Additionally, Gilardi emailed 376 Summary Notices to potential Settlement Class Members with valid email addresses.

6. On April 26, 2024, as part of its normal mailing procedures, Gilardi mailed, by First-Class Mail, Summary Notices and cover letters to 282 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities. The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case. These Nominee Holders are included in a proprietary database created and maintained by Gilardi. In Gilardi's experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities. The cover letter accompanying the Summary Notices advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Summary Notices to potential Settlement Class Members. In the more than four decades that Gilardi has been providing notice and claims administration services in securities class actions, Gilardi has found the majority of potential class members hold their securities in street name and are notified through the Nominee Holders. Gilardi also mailed Summary Notices and cover letters to the 4,421 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing. A

sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit C.

7. On April 26, 2024, Gilardi also delivered electronic copies of the Summary Notice to 326 registered electronic filers who are qualified to submit electronic claims. These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8. As part of the notice program for this Settlement, on April 26, 2024, Gilardi also delivered electronic copies of the Claim Package and Summary Notice via email to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS"). LENS enables the participating bank and broker nominees to review the Claim Package and Summary Notice and contact Gilardi for copies of the Summary Notice for their beneficial holders.

9. Gilardi has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement. In this regard, Gilardi has forwarded the Summary Notice on request to nominees who purchased or acquired Alphabet Class A and/or Class C stock during the Settlement Class Period for the beneficial interest of other persons. Gilardi has also forwarded the Summary Notice directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10. Following the initial mailing, Gilardi received 26 responses to the outreach efforts described above, which included computer files containing a total of 517,432 names and addresses and 2,406 email addresses of potential Settlement Class Members. In addition, 30 institutions requested that Gilardi send them a total of 689,995 Summary Notices for forwarding directly to their clients. Gilardi also received 225 requests for Claim Packages from potential Settlement Class Members. Gilardi has also mailed 4,194 Summary Notices as a result of returned mail for which new addresses were identified for re-mailing to those potential Settlement Class Members.[2] Each of these requests has been completed in a timely manner.

[2] To date, of the 1,218,753 mailed Summary Notices, 13,623 were undeliverable. Updated addresses were located, and an additional 4,194 Summary Notices were mailed.

11. As of July 18, 2024, Gilardi has mailed or emailed a total over 1.2 million Summary Notices and 225 Claim Packages to potential Settlement Class Members and nominees. In addition, two institutions reported that they anticipated sending Summary Notices via email to 524,996 potential Settlement Class Members.

**PUBLICATION OF THE SUMMARY NOTICE**

12. In accordance with the Notice Order, on May 3, 2024, Gilardi caused the Summary Notice to be published in *The Wall Street Journal* and to be transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit D.

**TELEPHONE HELPLINE AND WEBSITE**

13. On April 26, 2024, Gilardi established and continues to maintain a case-specific, toll-free telephone helpline, 1-800-227-9156, to accommodate potential Settlement Class Member inquiries. The toll-free number was set forth in the Notice and on the case website. Gilardi has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

14. On April 26, 2024, Gilardi established and continues to maintain a website dedicated to this Settlement (www.AlphabetSecuritiesSettlement.com) to provide additional information to Settlement Class Members and to provide answers to frequently asked questions. The web address was set forth in the Summary Notice, Notice, and Proof of Claim. The website includes information regarding the Action and the Settlement, including the objection and claim filing deadlines, and the date and time of the Court's Settlement Hearing. Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. Additionally, the papers in support of final approval of the Settlement and award of attorneys' fees and expenses will be posted on the website once they are filed. Settlement Class Members can also complete and submit a Proof of Claim through the website.

**REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

15. The Notice informs potential Settlement Class Members that written requests for exclusion from the Settlement Class must be mailed to *Alphabet Securities Settlement*, Claims

Administrator, c/o Gilardi & Co. LLC, ATTN: EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than August 23, 2024.

16. The Notice also sets forth the information that must be included in each request for exclusion. Gilardi has monitored and will continue to monitor all mail delivered to this address. As of the date of this declaration, Gilardi has received 31 requests for exclusion, 20 of which do not provide the required information. Gilardi is attempting to contact those individuals to validate their requests for exclusion.

17. The Notice also informs potential Settlement Class Members that any objections to the proposed Settlement must be mailed to *Alphabet Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 301175, Los Angeles, CA 90030-1175, and be postmarked on or before August 23, 2024.

18. The Notice also sets forth the information that must be included in each objection. Gilardi has monitored and will continue to monitor all mail delivered to this address. As of the date of this declaration, Gilardi has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 18th day of July, 2024, at San Rafael, California.

ROSS D. MURRAY

EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No. 3:18-cv-06245-TLT |
| --- | --- |
| This Document Relates To: ALL ACTIONS. | CLASS ACTION |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED ALPHABET, INC. ("ALPHABET") CLASS A AND/OR CLASS C STOCK DURING THE PERIOD FROM APRIL 23, 2018, THROUGH APRIL 30, 2019, INCLUSIVE ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 24, 2024, at 2:00 p.m., before the Honorable Trina L. Thompson at the United States District Court, Northern District of California, Phillip Burton Federal Building & United States Courthouse, Courtroom 9 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation") for $350,000,000.00 should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR ACQUIRED ALPHABET CLASS A AND/OR CLASS C STOCK FROM APRIL 23, 2018, THROUGH APRIL 30, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim by mail **(postmarked no later than July 25, 2024)** or electronically **(no later than July 25, 2024)**. Your failure to submit your Proof of Claim by July 25, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action. If you purchased or acquired Alphabet Class A and/or Class C stock from April 23, 2018, through April 30, 2019, inclusive, and do not request exclusion from the Settlement Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.AlphabetSecuritiesSettlement.com, or by writing to:

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

*Alphabet Securities Settlement*
Claim Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175

Presorted
First-Class Mail
US Postage
**PAID**
Permit #219
Petaluma, CA

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**

# ALPA

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY AUGUST 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 19% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $1,750,000.00. ANY OBJECTIONS MUST BE SENT TO THE CLAIMS ADMINISTRATOR **BY AUGUST 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: April 9, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re ALPHABET, INC. SECURITIES LITIGATION

This Document Relates To:
ALL ACTIONS.

Master File No. 3:18-cv-06245-TLT

CLASS ACTION

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS THAT PURCHASED OR OTHERWISE ACQUIRED ALPHABET, INC. ("ALPHABET") CLASS A AND/OR CLASS C STOCK DURING THE PERIOD FROM APRIL 23, 2018, THROUGH APRIL 30, 2019, INCLUSIVE, AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS (THE "SETTLEMENT CLASS")**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION. PLEASE NOTE THAT IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT DESCRIBED IN THIS NOTICE. TO CLAIM YOUR SHARE OF THE SETTLEMENT PROCEEDS, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") **POSTMARKED OR SUBMITTED ONLINE ON OR BEFORE JULY 25, 2024**.

This Notice of Pendency and Proposed Settlement of Class Action ("Notice") has been provided pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California (the "Court"). The purpose of this Notice is to inform you of the pendency of this class action (the "Action") between Lead Plaintiff State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island" or "Lead Plaintiff") and Defendants Alphabet, Google LLC, Lawrence E. Page, Sundar Pichai, Keith P. Enright, and John Kent Walker, Jr., and the proposed $350,000,000.00 settlement reached therein (the "Settlement") and of the hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement as well as counsel's application for fees and expenses. This Notice describes what steps you may take in relation to the Settlement and this class action.[1]

This Notice is not intended to be, and should not be construed as, an expression of any opinion by the Court with respect to the truth of the allegations in the Action as to any of the Defendants or the merits of the claims or defenses asserted by or against the Defendants. This Notice is solely to advise you of the pendency and proposed Settlement of the Action and of your rights in connection therewith.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT** | |
|---|---|
| **SUBMIT A PROOF OF CLAIM** | The only way to be eligible to receive a payment from the Settlement. **Proofs of Claim must be postmarked or submitted online on or before July 25, 2024.** |
| **EXCLUDE YOURSELF** | Get no payment. This is the only option that ***potentially*** allows you to ever be part of any other lawsuit against the Defendants or any other Released Defendant Parties about the legal claims being resolved by this Settlement. Should you elect to exclude yourself from the Settlement Class, you should understand that Defendants and the other Released Defendant Parties will have the right to assert any and all defenses they may have to any claims that you may seek to assert, including, without limitation, the defense that any such claims are untimely under applicable statutes of limitations and statutes of repose. **Exclusions must be postmarked on or before August 23, 2024.** |
| **OBJECT** | Explain why you do not like the Settlement, the Plan of Allocation, and/or the request for attorneys' fees and expenses. You will still be a Settlement Class Member. **Objections must be sent to the Claims Administrator no later than August 23, 2024. If you submit a written objection, you may (but do not have to) attend the hearing.** |
| **GO TO THE HEARING ON SEPTEMBER 24, 2024** | Ask to speak in Court about the fairness, reasonableness, and adequacy of the Settlement. **Settlement Class Members may appear, by counsel or on their own behalf, to be heard in support of or in opposition to the Settlement Agreement and Lead Counsel's motion for attorneys' fees and expenses by filing a Notice of Intention to Appear with the Court by no later than August 26, 2024.** |
| **DO NOTHING** | Receive no payment. You will, however, still be a Settlement Class Member, which means that you give up your right to ever be part of any other lawsuit against the Defendants or any other Released Defendant Parties about the legal claims being resolved by this Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings provided in the Stipulation of Settlement dated February 5, 2024 (the "Settlement Agreement" or "Stipulation"), which is available on the website www.AlphabetSecuritiesSettlement.com.

## SUMMARY OF THIS NOTICE

### Statement of Recovery

Pursuant to the Settlement described herein, a $350 million settlement fund has been established. Based on Lead Plaintiff's estimate of the number of Alphabet Class A and Class C shares eligible to recover under the Settlement, the average distribution per common share under the Plan of Allocation is approximately $3.27 per Class A share and $2.85 per Class C share before deduction of any taxes on the income earned on the Settlement Amount thereof, notice and administration costs, and the attorneys' fees and expenses as determined by the Court. **Settlement Class Members should note, however, that these are only estimates.** A Settlement Class Member's actual recovery will be a proportion of the Net Settlement Fund determined by that Claimant's allowed claim amount as compared to the total allowed claims of all Settlement Class Members who submit acceptable Proofs of Claim. An individual Settlement Class Member may receive more or less than these estimated average amounts. *See* the Plan of Allocation set forth and discussed at pages 9-14 below for more information on the calculation of your claim.

### Statement of Potential Outcome of Case

The Parties disagree on both liability and damages and do not agree on the amount of damages that would be recoverable if the Settlement Class prevailed on each claim alleged. Defendants deny that they are liable to the Settlement Class and deny that the Settlement Class has suffered any damages. The issues on which the parties disagree are many, but include: (1) whether Defendants engaged in conduct that would give rise to any liability to the Settlement Class under the federal securities laws, or any other laws; (2) whether Defendants have valid defenses to any such claims of liability; (3) the appropriate economic model for determining the amount by which the prices of Alphabet Class A and Class C stock were allegedly artificially inflated (if at all) during the Settlement Class Period; (4) the amount, if any, by which the prices of Alphabet Class A and Class C stock were allegedly artificially inflated (if at all) during the Settlement Class Period; (5) the effect of various market forces on the prices of Alphabet Class A and Class C stock at various times during the period from April 23, 2018, through April 30, 2019, inclusive (the "Settlement Class Period"); (6) the extent to which external factors influenced the prices of Alphabet Class A and Class C stock at various times during the Settlement Class Period; (7) the extent to which the various matters that Lead Plaintiff alleged were materially false or misleading influenced (if at all) the prices of Alphabet Class A and Class C stock at various times during the Settlement Class Period; and (8) the extent to which the various allegedly adverse material facts that Lead Plaintiff alleged were omitted influenced (if at all) the prices of Alphabet Class A and Class C stock at various times during the Settlement Class Period.

### Statement of Attorneys' Fees and Expenses Sought

Lead Counsel has expended considerable time and effort in the prosecution of this Action on a wholly contingent basis and has advanced the expenses of the Action in the expectation that if it was successful in obtaining a recovery for the Settlement Class, it would be paid from such recovery. Lead Counsel will apply to the Court for an award of attorneys' fees not to exceed nineteen percent (19%) of the Settlement Amount, plus expenses not to exceed $1,750,000.00, plus interest earned thereon. If the amounts requested are approved by the Court, the average cost per Alphabet Class A and Class C share will be approximately $0.64 and $0.56, respectively.

### Further Information

For further information regarding the Action, this Notice, or to review the Stipulation, please contact the Claims Administrator toll-free at 1-800-227-9156 or visit the website www.AlphabetSecuritiesSettlement.com.

You may also contact a representative of counsel for the Settlement Class: Greg Wood, c/o Shareholder Relations, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, 1-800-449-4900, settlementinfo@rgrdlaw.com.

**Please Do Not Call the Court or Defendants with Questions About the Settlement.**

### Reasons for the Settlement

Lead Plaintiff's principal reason for entering into the Settlement is the benefit to the Settlement Class now, without further risk or the delays inherent in continued litigation. The cash benefit under the Settlement must be considered against the significant risk that a smaller recovery–or, indeed, no recovery at all–might be achieved after contested motions, trial, and likely appeals, a process that could last several years into the future. For the Defendants, who have denied and continue to deny all allegations of liability, fault, or wrongdoing whatsoever, the principal reason for entering into the Settlement is that further litigation could be protracted, burdensome, expensive, and distracting. Defendants also have taken into account the uncertainty, risks, and costs, inherent in any litigation, especially in complex cases such as this Action. Defendants have, therefore, determined that it is desirable and beneficial to them that the Action be fully, finally, and forever resolved, discharged and settled in the manner and upon the terms and conditions set forth in the Stipulation.

## BASIC INFORMATION

### 1. Why did I get this Notice package?

This Notice is being provided to you pursuant to an Order of a U.S. District Court because you or someone in your family or an investment account for which you serve as custodian may have purchased or acquired Alphabet Class A and/or Class C stock shares during the Settlement Class Period.

This Notice explains the class action lawsuit, the Settlement, Settlement Class Members' legal rights in connection with the Settlement, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the Action is the United States District Court for the Northern District of California, and the case is known as *In re Alphabet, Inc. Securities Litigation*, No. 3:18-cv-06245-TLT. The case has been assigned to the Honorable Trina L. Thompson. The institution representing the Settlement Class is the Lead Plaintiff, and the companies and individuals it sued and who have now settled are called the Defendants.

### 2. What is this lawsuit about?

On October 11, 2018, an initial complaint in the Action was filed in the United States District Court for the Northern District of California and a substantially similar complaint was filed in the United States District Court for the Eastern District of New York. *Khaled El Mawardy v. Alphabet, Inc., et al.*, No. 1:18-cv-05704 (E.D.N.Y.). On November 7, 2018, the *El Mawardy* case was transferred to the Northern District of California.

On January 25, 2019, Judge Jeffrey S. White consolidated the two related cases, appointed Rhode Island as Lead Plaintiff, and approved Rhode Island's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.

On April 26, 2019, Lead Plaintiff filed the Consolidated Amended Complaint for Violation of the Federal Securities Laws, alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act") and Rule 10b-5 promulgated thereunder against Defendants (the "Complaint"). Defendants moved to dismiss the Complaint on May 31, 2019. On February 5, 2020, Judge White granted Defendants' motion to dismiss the Complaint with leave to amend (the "Order"). Lead Plaintiff did not amend the Complaint, and on March 13, 2020, the Court entered judgment in Defendants' favor.

On April 9, 2020, Lead Plaintiff filed a notice of appeal of Judge White's Order and entry of judgment to the United States Court of Appeals for the Ninth Circuit (the "Appeal"). The Appeal was fully briefed on October 12, 2020, and oral argument was heard on February 4, 2021. *See In re State of Rhode Island v. Alphabet, Inc., et al.*, No. 20-15638 (9th Cir.). On June 16, 2021, the Ninth Circuit affirmed in part and reversed in part Judge White's motion to dismiss order, vacated the judgment, and remanded for further proceedings. *In re Alphabet, Inc. Sec. Litig.*, 1 F.4th 687, 702 (9th Cir. 2021). On March 7, 2022, the United States Supreme Court denied Defendants' petition for *writ of certiorari*. *Alphabet, Inc., et al. v. Rhode Island*, 142 S. Ct. 1227, 212 L. Ed. 2d 233 (2022).

On June 21, 2022, against the backdrop of contentious discovery disputes and disagreements between the Parties regarding the scope of the Action, Rhode Island moved for class certification. Shortly thereafter, the Parties engaged the services of the Hon. Layn R. Phillips (Ret.), a nationally recognized mediator, to facilitate settlement negotiations. On August 5, 2022, the Parties engaged in an in-person mediation session. The mediation session was preceded by submission of mediation statements and exhibits by each party. The Parties engaged in arm's-length negotiations during the mediation session, but did not reach an agreement at that mediation.

On August 22, 2022, Defendants filed their opposition to Rhode Island's motion for class certification, which argued, *inter alia*, that Rhode Island's damages theory improperly relied on allegations regarding a share price decline on April 30, 2019 that post-dated the Complaint and was not within its scope. On August 29, 2022, the Court ordered briefing regarding the scope of the Action on remand. On September 8, 2022, Rhode Island sought leave to supplement the Complaint pursuant to Fed. R. Civ. P. 15(d). Following months of extensive briefing in connection with Rhode Island's motion to certify, motion to supplement, and the parties' scope disputes, Judge White entered an order on February 28, 2023, striking the motion for class certification and allowing Rhode Island to supplement the Complaint to include the April 2019 allegations in the Action. On February 28, 2023, Rhode Island filed the Supplement to the Consolidated Amended Complaint for Violations of the Federal Securities Laws and on March 14, 2023, Defendants filed their Answer to the Supplement.

Rhode Island filed its renewed motion for class certification on May 2, 2023. Rhode Island's renewed motion for class certification gave rise to extensive and wide-ranging briefing, four expert reports, an attempted *amicus curiae* submission (and disputes related thereto), and the deposition of one of Rhode Island's experts. On July 25, 2023, this Action was reassigned to the Honorable Trina L. Thompson, following Judge White's recusal.

The Parties continued their settlement discussion through the Mediator following their initial mediation session, without success. On October 20, 2023, however, the Parties accepted the Mediator's proposal to resolve the Action. The agreement included, among other things, the Settling Parties' agreement to settle and release all claims that were asserted or could have been asserted in the Action in return for a cash payment of $350,000,000.00 to be paid by Alphabet on behalf of Defendants, for the benefit of the Settlement Class, subject to the negotiation of the terms of a Stipulation of Settlement and approval by the Court. The Stipulation (together with the Exhibits thereto) reflects the final and binding agreement between the Settling Parties.

Defendants deny each and all of the claims and contentions of wrongdoing alleged by Lead Plaintiff in the Action. They have expressly denied and continue to deny that they have violated the federal securities laws or any other laws, or have otherwise misled investors as alleged in the Action. Defendants have denied and continue to deny the allegations that any of the Defendants made any material misstatements or omissions or engaged in any fraudulent scheme, and that any member of the Settlement Class has suffered damages resulting from the conduct alleged in the Action. In addition, Defendants maintain that they have meritorious defenses to the claims alleged in the Action.

**3. Why is there a settlement?**

The Court has not decided in favor of Defendants or the Lead Plaintiff. Instead, both sides agreed to the Settlement to avoid the distraction, costs, and risks of further litigation, and Lead Plaintiff agreed to the Settlement in order to ensure that Settlement Class Members will receive compensation.

## WHO IS IN THE SETTLEMENT

**4. How do I know if I am a member of the Settlement Class?**

The Court directed that everyone who fits this description is a Settlement Class Member: all Persons that purchased or otherwise acquired Alphabet Class A and/or Class C stock during the period from April 23, 2018, through April 30, 2019, inclusive, except those Persons that are excluded.

Excluded from the Settlement Class are: Defendants and their families, the officers, directors, and affiliates of Defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded from the Settlement Class are those Persons who timely and validly exclude themselves therefrom by submitting a request for exclusion in accordance with the requirements set forth in question 11 below.

**Please Note:** Receipt of this Notice does not mean that you are a Settlement Class Member or that you will be entitled to receive a payment from the Settlement. If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Proof of Claim and the required supporting documentation as set forth therein postmarked or submitted online at www.AlphabetSecuritiesSettlement.com on or before July 25, 2024.

**5. What if I am still not sure if I am included?**

If you are still not sure whether you are included, you can ask for free help. You can contact the Claims Administrator toll-free at 1-800-227-9156, or you can fill out and return the Proof of Claim to see if you qualify.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

**6. What does the Settlement provide?**

The Settlement provides that, in exchange for the release of the Released Claims (defined below) and dismissal of the Action, Defendants have agreed to pay (or cause to be paid) $350 million to be distributed after Taxes, Tax Expenses, Notice and Administration Expenses, Court-awarded attorneys' fees and expenses, any Litigation Expenses awarded by the Court, and any other fees or expenses approved by the Court to Settlement Class Members who send in a valid Proof of Claim pursuant to the Court-approved Plan of Allocation. The Plan of Allocation is described in more detail at the end of this Notice.

**7. How much will my payment be?**

Your share of the Net Settlement Fund will depend on several things, including the total value of Alphabet Class A and/or Class C shares represented by the valid Proofs of Claim that Settlement Class Members send in, compared to the value of your claim, all as calculated under the Plan of Allocation discussed below.

## HOW YOU GET A PAYMENT – SUBMITTING A PROOF OF CLAIM

### 8. How can I get a payment?

To be eligible to receive a payment from the Settlement, you must submit a Proof of Claim. A Proof of Claim may be downloaded at www.AlphabetSecuritiesSettlement.com. Read the instructions carefully, fill out the Proof of Claim, include all the documents the form asks for, sign it, and **mail or submit it online so that it is postmarked or received no later than July 25, 2024**. The Proof of Claim form may be submitted online at www.AlphabetSecuritiesSettlement.com.

### 9. When would I get my payment?

**The Court will hold a Settlement Hearing on September 24, 2024, at 2:00 p.m.**, to decide whether to approve the Settlement. If the Court approves the Settlement, there might be appeals. It is always uncertain whether appeals can be resolved, and if so, how long it would take to resolve them. It also takes time for all the Proofs of Claim to be processed. Please be patient.

### 10. What am I giving up to get a payment or to stay in the Settlement Class?

Unless you timely and validly exclude yourself, you are staying in the Settlement Class, and that means you cannot sue, continue to sue, or be part of any other lawsuit against Defendants or their "Related Persons" (as defined below) about the "Released Claims" (as defined below) in this case. It also means that all of the Court's orders will apply to you and legally bind you. If you remain a Settlement Class Member, and if the Settlement is approved, you will give up all Released Claims, including "Unknown Claims" (as defined below), against the "Released Defendant Parties" (as defined below):

- "Related Persons" means each and all of a Defendant's present and former subsidiaries, divisions, controlling persons, associates, entities, and affiliates, and each of all of their respective present and former employees, members, partners, principals, officers, directors, controlling shareholders, agents, attorneys, advisors (including financial or investment advisors), accountants, auditors, consultants, underwriters, investment bankers, commercial bankers, entities providing fairness opinions, general or limited partners or partnerships, limited liability companies, members, joint ventures, and insurers and reinsurers of each of them; as well as the predecessors, successors, assigns, immediate family members, spouses, heirs, executors, trusts, trustees, administrators, agents, legal or personal representatives, assigns, and assignees of each of them, in their capacity as such.

- "Released Claims" means any and all claims and causes of action of every nature and description, whether known or unknown, asserted or unasserted, accrued or unaccrued, fixed or contingent, liquidated or unliquidated, whether arising under federal, state, local, common or foreign law, or any other law, rule or regulation, whether class or individual in nature, based on, arising out of, or in connection with both: (i) the purchase or acquisition of Alphabet Class A and/or Class C common stock during the period from April 23, 2018 through April 30, 2019, inclusive, and (ii) the allegations, acts, facts, matters, occurrences, disclosures, filings, representations, statements, or omissions that were or could have been alleged by Lead Plaintiff and other members of the Settlement Class in the Action. The definition of Released Claims includes, but is not limited to, claims arising out of Alphabet's results in the fourth quarter of 2018 or the first quarter of 2019. Notwithstanding the foregoing, "Released Claims" does not include claims relating to the enforcement of the Settlement.

- "Released Defendants' Claims" means any and all claims and causes of action of every nature and description, including both known claims and Unknown Claims, whether arising under federal, state, common or foreign law, or any other law, that Defendants could have asserted against any of the Released Plaintiff Parties, including Lead Counsel and Settlement Class Members, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims in the Action, except for claims relating to the enforcement of the Settlement.

- "Released Defendant Party" or "Released Defendant Parties" means each and all of the Defendants, and each of all of their Related Persons.

- "Unknown Claims" means any and all Released Claims of every nature and description against the Released Defendant Parties that Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of the Released Defendant Parties, and any and all Released Defendants' Claims of every nature and description against the Released Plaintiff Parties that any Defendant does not know or suspect to exist in his, her or its favor at the time of the release of the Released Defendants' Claims, and including, without limitation, those that, if known by him, her or it, might have affected his, her or its decision to enter into this Settlement, execute the Stipulation, and agree to all the various releases set forth therein, or might have affected his, her or its decision not

to object to this Settlement or not exclude itself, herself or himself from the Settlement Class. Unknown Claims include, without limitation, those claims in which some or all of the facts composing the claim may be unsuspected, undisclosed, concealed, or hidden. With respect to any and all Released Claims and Released Defendants' Claims, the Released Parties stipulate and agree that, upon the Effective Date, Lead Plaintiff and Settlement Class Members (as regards the Released Claims) and the Defendants (as regards the Released Defendants' Claims) shall expressly waive and relinquish, and each Settlement Class Member shall be deemed to have and by operation of law and of the Judgment shall have, expressly waived and relinquished, to the fullest extent permitted by law, any and all provisions, rights and benefits conferred by California Civil Code §1542, or any law of any state or territory of the United States, or principle of common law or of international or foreign law, which is similar, comparable, or equivalent to Cal. Civ. Code §1542, which provides:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

The Released Parties may hereafter discover facts in addition to or different from those that he, she, or it now knows or believes to be true with respect to the subject matter of Released Claims or Released Defendants' Claims, but they stipulate and agree that, upon the Effective Date of the Settlement, the Released Parties shall expressly waive and by operation of the Judgment, or Alternative Judgment, if applicable, shall have, fully, finally, and forever settled and released, any and all Released Claims or Released Defendants' Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, that now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. The Parties acknowledge, and each of the Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

**EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS**

If you do not want to participate in this Settlement, and you want to keep the right to potentially sue the Defendants and the other Released Defendant Parties, on your own, about the claims being released by the Settlement, then you must take steps to remove yourself from the Settlement. This is called excluding yourself–or is sometimes referred to as "opting out." If you are requesting exclusion because you want to bring your own lawsuit based on the matters alleged in this Action, you may want to consult an attorney and discuss whether any individual claim that you may wish to pursue would be time-barred by the applicable statutes of limitation or repose.

**11. How do I get out of the Settlement Class and the proposed Settlement?**

To exclude yourself from the Settlement Class and the Settlement, you must send a letter by First-Class Mail stating that you "request exclusion from the Settlement Class in the *Alphabet Securities Settlement*." Your letter must include the number of Alphabet Class A and/or Class C shares that you (i) owned as of the opening of trading on April 23, 2018, and (ii) purchased, otherwise acquired, and/or sold during the Settlement Class Period, including the number of shares, dates, and prices for each such purchase, other acquisition, and sale. In addition, you must include your name, address, telephone number, and your signature. You must submit your exclusion request so that it is **postmarked no later than August 23, 2024** to:

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
ATTN: EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

If you ask to be excluded, you will not get any payment from the Settlement, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this Action, and you may be able to sue the Defendants and the other Released Defendant Parties about the Released Claims in the future.

**12. If I do not exclude myself, can I sue the Defendants and the other Released Defendant Parties for the same thing later?**

No. Unless you exclude yourself, you give up any rights you may potentially have to sue the Defendants and the other Released Defendant Parties for any and all Released Claims. If you have a pending lawsuit against the Released Defendant Parties, speak to your lawyer in that case immediately. You must exclude yourself from the Settlement Class in this Action to continue your own lawsuit. Remember, the exclusion deadline is August 23, 2024.

**13. If I exclude myself, can I get money from the proposed Settlement?**

No. If you exclude yourself, you should not send in a Proof of Claim to ask for any money. But you may have the right to potentially sue or be part of a different lawsuit against the Defendants and the other Released Defendant Parties.

## THE LAWYERS REPRESENTING YOU

**14. Do I have a lawyer in this case?**

The Court ordered that the law firm of Robbins Geller Rudman & Dowd LLP represents the Settlement Class Members, including you. These lawyers are called Lead Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

**15. How will the lawyers be paid?**

Lead Counsel will apply to the Court for an award of attorneys' fees not to exceed nineteen percent (19%) of the Settlement Amount and for expenses, costs, and charges in an amount not to exceed $1,750,000.00 in connection with prosecuting the Action, plus interest on such fees and expenses at the same rate as earned by the Settlement Fund. Such sums as may be approved by the Court will be paid from the Settlement Fund.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or any part of it.

**16. How do I tell the Court that I object to the proposed Settlement?**

Any Settlement Class Member who does not request exclusion may object to the Settlement, the Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and expenses. You can ask the Court to deny approval by submitting an objection. You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing. You must include your name, address, email address, telephone number, and your signature. If you submit a timely written objection, you may, but are not required to, appear at the Settlement Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must (a) clearly identify the case name and number (*In re Alphabet, Inc. Securities Litigation*, No. 3:18-cv-06245-TLT), (b) be sent to the Claims Administrator at *Alphabet Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 301175, Los Angeles, CA 90030-1175, and (c) be postmarked on or before August 23, 2024.

The notice of objection must include documentation establishing the objecting Person's membership in the Settlement Class, including the number of shares of Alphabet Class A and/or Class C shares that the objecting Person (1) owned as of the opening of trading on April 23, 2018, and (2) purchased, acquired, and/or sold during the Settlement Class Period, as well as the dates and prices for each such purchase, acquisition, and sale, and contain a statement of reasons for the objection, copies of any papers, briefs, or other documents upon which the objection is based, a statement of whether the objector intends to appear at the Settlement Hearing, and the objector's signature, even if represented by counsel. The objection must state whether it applies only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class. In addition, objecting shareholders must indicate whether the objector or their counsel have filed objections to any other class action settlements in the past two years. Objectors who desire to present evidence at the Settlement Hearing in support of their objection must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and any exhibits they intend to introduce into evidence at the hearing.

You may submit a written objection without having to appear at the Settlement Hearing. You may not appear at the Settlement Hearing to present your objection, however, unless you have first submitted a written objection in accordance with the procedures described above, unless the Court orders otherwise.

**17. What is the difference between objecting and excluding?**

Objecting is simply telling the Court that you do not like something about the Settlement. You can object **only** if you stay in the Settlement Class.

Excluding yourself is telling the Court that you do not want to recover money from the Settlement and do not want to release any claims you think you may have against Defendants and their Related Persons. If you exclude yourself, you cannot object to the Settlement because it does not affect you.

## THE COURT'S SETTLEMENT HEARING

The Court will hold a hearing to decide whether to approve the proposed Settlement. You may attend and you may ask to speak, but you do not have to.

**18. When and where will the Court decide whether to approve the proposed Settlement?**

The Court will hold a Settlement Hearing at **2:00 p.m., on September 24, 2024**, in the Courtroom of the Honorable Trina L. Thompson, at the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, Courtroom 9 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. At the hearing, the Court will consider whether the Settlement and the Plan of Allocation are fair, reasonable, and adequate. If there are objections, the Court will consider them, even if you do not ask to speak at the hearing. The Court will listen to people who have asked to speak at the hearing. The Court may also decide how much Lead Counsel will be paid. After the Settlement Hearing, the Court will decide whether to approve the Settlement and the Plan of Allocation. We do not know how long these decisions will take. You should be aware that the Court may change the date and time of the Settlement Hearing without another notice being sent to Settlement Class Members. If you want to attend the hearing, you should check with Lead Counsel or the Settlement Website, www.AlphabetSecuritiesSettlement.com, beforehand to be sure that the date and/or time has not changed.

**19. Do I have to come to the hearing?**

No. Lead Counsel will answer questions the Court may have. But, you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary. Settlement Class Members do not need to appear at the hearing or take any other action to indicate their approval.

**20. May I speak at the hearing?**

If you object to the Settlement, the Plan of Allocation, and/or the fee and expense application, you may ask the Court for permission to speak at the Settlement Hearing. To do so, you must include with your objection (*see* question 16 above) a statement saying that it is your "Notice of Intention to Appear in the *Alphabet Securities Settlement*." Persons who intend to object to the Settlement, the Plan of Allocation, and/or any awards to Lead Counsel or Lead Plaintiff and desire to present evidence at the Settlement Hearing must include in their written objections the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the Settlement Hearing. If you intend to appear at the Settlement Hearing, you must file your Notice of Intention to Appear with the Court **no later than August 26, 2024**.

You cannot speak at the hearing if you exclude yourself from the Settlement Class.

## IF YOU DO NOTHING

**21. What happens if I do nothing?**

If you do nothing, you will not receive any money from this Settlement. In addition, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants and their Related Persons about the Released Claims in this case.

## GETTING MORE INFORMATION

**22. How do I get more information?**

This Notice contains only a summary of the terms of the proposed Settlement. For even more detailed information concerning the matters involved in this Action, you can obtain answers to common questions regarding the proposed Settlement by contacting the Claims Administrator toll-free at 1-800-227-9156. Reference is also made to the Settlement Agreement, to the pleadings in support of the Settlement, to the Orders entered by the Court, and to the other Settlement-related papers filed in the Action, which are posted on the Settlement Website at www.AlphabetSecuritiesSettlement.com. This Notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at www.AlphabetSecuritiesSettlement.com, or by contacting Lead Counsel below. You may also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of

the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. All inquiries concerning this Notice or the Proof of Claim should be directed to:

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175

**-or-**

Ellen Gusikoff Stewart
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
1-800-449-4900
settlementinfo@rgrdlaw.com

*Lead Counsel*

**PLAN OF ALLOCATION OF NET SETTLEMENT FUND AMONG SETTLEMENT CLASS MEMBERS**

The Settlement Amount of $350 million U.S. Dollars together with any interest earned thereon is the "Settlement Fund." The Settlement Fund, less all Taxes, Tax Expenses, Notice and Administration Expenses, Court-awarded attorneys' fees and expenses, any Litigation Expenses awarded by the Court, and any other fees or expenses approved by the Court (the "Net Settlement Fund") shall be distributed to Settlement Class Members who submit timely and valid Proofs of Claim to the Claims Administrator ("Authorized Claimants"). The Plan of Allocation provides that you will be eligible to participate in the distribution of the Net Settlement Fund only if you have an overall net loss on all of your transactions in Alphabet Class A and/or Class C stock during the Settlement Class Period.

**PROPOSED PLAN OF ALLOCATION**

The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund to those Settlement Class Members who suffered economic losses as a result of the alleged violations of the federal securities laws set forth in the Complaint and Supplement. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

In developing the Plan of Allocation, Lead Plaintiff's consulting damages expert, based on assumptions provided by Lead Counsel, calculated the estimated amount of artificial inflation in the per-share closing price of Alphabet's Class A and Class C stock which allegedly was proximately caused by Defendants' alleged omissions and scheme.

In calculating the estimated artificial inflation allegedly caused by Defendants' alleged omissions and scheme, Lead Plaintiff's consulting damages expert considered price changes in Alphabet Class A and Class C stock in reaction to certain public announcements allegedly revealing the truth concerning Defendants' alleged omissions and scheme, adjusting for assumptions related to the case provided by Lead Counsel.

In order to have recoverable damages, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of Alphabet Class A and Class C stock. Lead Plaintiff alleges that Defendants made material omissions and engaged in a scheme, which had the effect of artificially inflating the price of Alphabet Class A and Class C stock from April 23, 2018, through April 30, 2019, inclusive. Lead Plaintiff alleges revelatory information was released to the market on October 8, 2018 and April 29, 2019, which removed artificial inflation from the price of Alphabet Class A and Class C stock.

Recognized Loss Amounts are based primarily on the difference in the amount of alleged artificial inflation in the prices of Alphabet Class A and Class C stock at the time of purchase and at the time of sale or the difference between the actual purchase price and sale price. In order to have a Recognized Loss Amount under the Plan of Allocation, a Settlement Class Member who or which purchased Alphabet Class A or Class C stock prior to the first corrective disclosure, which occurred on October 8, 2018, must have held his, her or its shares of Alphabet Class A or Class C stock until at least 12:00 a.m. EDT on October 8, 2018. A Settlement Class Member who or which purchased Alphabet Class A or Class C stock from October 9, 2018, through and including the end of the day on April 29, 2019, must have held those shares through 12:00 a.m. EDT on April 30, 2019.

**CALCULATION OF RECOGNIZED LOSS AMOUNTS**

Based on the formula stated below, a "Recognized Loss Amount" will be calculated for each purchase of Alphabet Class A and Class C stock during the Settlement Class Period that is listed on the Proof of Claim and for which adequate documentation is provided. If a Recognized Loss Amount calculates to a negative number or zero under the formula below, that number will be zero.

For each share of Alphabet Class A or Class C stock purchased or otherwise acquired from April 23, 2018, through and including the close of trading on April 30, 2019, the Recognized Loss Amount will be determined as follows:[2]

(a) For each share of such Class A stock that is:

(i) Sold before October 8, 2018, the Recognized Loss Amount will be $0.00;

(ii) Sold from October 8, 2018, through and including April 29, 2019, the Recognized Loss Amount will be *the lesser of*: (i) the inflation per share during the holding period (as presented in Table 1 below), and (ii) the purchase price *minus* the sale price;

(iii) Sold from April 30, 2019, through and including the close of trading on July 26, 2019, the Recognized Loss Amount will be *the least of*: (i) the inflation per share during the holding period (as presented in Table 1 below), (ii) the purchase price *minus* the sale price, or (iii) the purchase price *minus* the average closing price between April 30, 2019 and the date of sale as stated in Table 3 below; and

(iv) Held as of the close of trading on July 26, 2019, the Recognized Loss Amount will be *the lesser of*: (i) the inflation per share during the holding period (as presented in Table 1 below), and (ii) the purchase price *minus* $1,128.33 ($1,128.33 was the average closing price for shares of Alphabet Class A common stock between April 30, 2019 and July 26, 2019, as shown in Table 3 below)[3]

(b) For each share of such Class C stock that is:

(i) Sold before October 8, 2018, the Recognized Loss Amount will be $0.00;

(ii) Sold from October 8, 2018, through and including April 29, 2019, the Recognized Loss Amount will be *the lesser of*: (i) the inflation per share during the holding period (as presented in Table 2 below), and (ii) the purchase price *minus* the sale price;

(iii) Sold from April 30, 2019, through and including the close of trading on July 26, 2019, the Recognized Loss Amount will be *the least of*: (i) the inflation per share during the holding period (as presented in Table 2 below), (ii) the purchase price *minus* the sale price, or (iii) the purchase price *minus* the average closing price between April 30, 2019 and the date of sale as stated in Table 3 below; and

(iv) Held as of the close of trading on July 26, 2019, the Recognized Loss Amount will be *the lesser of*: (i) the inflation per share during the holding period (as presented in Table 2 below), and (ii) the purchase price *minus* $1,125.68 ($1,125.68 was the average closing price for shares of Alphabet Class C common stock between April 30, 2019 and July 26, 2019 as shown in Table 4 below)[4]

**TABLE 1**

**Inflation Per Share by Date of Purchase and Date of Sale: Alphabet Class A Stock**

| | Sale Date | | | |
|---|---|---|---|---|
| Purchase Date | 4/23/2018-10/7/2018 | 10/8/2018-4/29/2019 | 4/30/2019-7/26/2019 | Retained beyond 7/26/2019 |
| 4/23/2018-10/8/2018 | $0.00 | $4.67 | $5.84 | $5.84 |
| 10/9/2018-4/29/2019 | | $0.00 | $1.17 | $1.17 |
| 4/30/2019 | | | $0.00 | $0.00 |

[2] Dollar amounts in this document are not adjusted for Alphabet's 20-for-1 split, which was announced on July 15, 2022 (with record date July 1, 2022).

[3] Pursuant to Section 21(e)(1) of the Exchange Act, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." Consistent with the requirements of the Exchange Act, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of Alphabet Class A and Class C stock during the "90-day look-back period," April 30, 2019 through and including July 26, 2019. The mean (average) closing price for Alphabet Class A stock during this period was $1,128.33 per share.

[4] The mean (average) closing price for Alphabet Class C stock during this period was $1,125.68 per share.

**TABLE 2**

**Inflation Per Share by Date of Purchase and Date of Sale: Alphabet Class C Stock**

| | Sale Date | | | |
|---|---|---|---|---|
| Purchase Date | 4/23/2018 10/7/2018 | 10/8/2018- 4/29/2019 | 4/30/2019- 7/26/2019 | Retained beyond 7/26/2019 |
| 4/23/2018- 10/8/2018 | $0.00 | $3.85 | $4.81 | $4.81 |
| 10/9/2018- 4/29/2019 | | $0.00 | $0.96 | $0.96 |
| 4/30/2019 | | | $0.00 | $0.00 |

**TABLE 3**

**Closing Price and Average Closing Price: Alphabet Class A Stock (GOOGL)**

| Date | Closing price | Average Closing Price Between April 30, 2019 and Date Shown | Date | Closing price | Average Closing Price Between April 30, 2019 and Date Shown |
|---|---|---|---|---|---|
| 4/30/2019 | $1,198.96 | $1,198.96 | 6/13/2019 | $1,091.01 | $1,131.46 |
| 5/1/2019 | $1,173.32 | $1,186.14 | 6/14/2019 | $1,086.30 | $1,130.09 |
| 5/2/2019 | $1,166.51 | $1,179.60 | 6/17/2019 | $1,093.89 | $1,129.03 |
| 5/3/2019 | $1,189.55 | $1,182.09 | 6/18/2019 | $1,105.24 | $1,128.35 |
| 5/6/2019 | $1,193.46 | $1,184.36 | 6/19/2019 | $1,104.51 | $1,127.69 |
| 5/7/2019 | $1,178.86 | $1,183.44 | 6/20/2019 | $1,113.20 | $1,127.30 |
| 5/8/2019 | $1,170.78 | $1,181.63 | 6/21/2019 | $1,125.37 | $1,127.24 |
| 5/9/2019 | $1,167.97 | $1,179.93 | 6/24/2019 | $1,116.70 | $1,126.97 |
| 5/10/2019 | $1,167.64 | $1,178.56 | 6/25/2019 | $1,087.58 | $1,125.99 |
| 5/13/2019 | $1,136.59 | $1,174.36 | 6/26/2019 | $1,080.32 | $1,124.88 |
| 5/14/2019 | $1,124.86 | $1,169.86 | 6/27/2019 | $1,076.63 | $1,123.73 |
| 5/15/2019 | $1,170.80 | $1,169.94 | 6/28/2019 | $1,082.80 | $1,122.78 |
| 5/16/2019 | $1,184.50 | $1,171.06 | 7/1/2019 | $1,100.00 | $1,122.26 |
| 5/17/2019 | $1,168.78 | $1,170.90 | 7/2/2019 | $1,112.60 | $1,122.04 |
| 5/20/2019 | $1,144.66 | $1,169.15 | 7/3/2019 | $1,122.99 | $1,122.06 |
| 5/21/2019 | $1,154.44 | $1,168.23 | 7/5/2019 | $1,132.67 | $1,122.29 |
| 5/22/2019 | $1,155.85 | $1,167.50 | 7/8/2019 | $1,116.79 | $1,122.17 |
| 5/23/2019 | $1,145.34 | $1,166.27 | 7/9/2019 | $1,124.29 | $1,122.22 |
| 5/24/2019 | $1,138.61 | $1,164.81 | 7/10/2019 | $1,140.91 | $1,122.59 |
| 5/28/2019 | $1,139.56 | $1,163.55 | 7/11/2019 | $1,144.08 | $1,123.01 |
| 5/29/2019 | $1,119.94 | $1,161.48 | 7/12/2019 | $1,145.34 | $1,123.44 |
| 5/30/2019 | $1,121.41 | $1,159.65 | 7/15/2019 | $1,150.51 | $1,123.95 |
| 5/31/2019 | $1,106.50 | $1,157.34 | 7/16/2019 | $1,153.46 | $1,124.50 |
| 6/3/2019 | $1,038.74 | $1,152.40 | 7/17/2019 | $1,146.74 | $1,124.90 |
| 6/4/2019 | $1,054.49 | $1,148.48 | 7/18/2019 | $1,147.24 | $1,125.30 |
| 6/5/2019 | $1,044.64 | $1,144.49 | 7/19/2019 | $1,131.55 | $1,125.41 |
| 6/6/2019 | $1,047.76 | $1,140.91 | 7/22/2019 | $1,139.21 | $1,125.65 |
| 6/7/2019 | $1,068.37 | $1,138.32 | 7/23/2019 | $1,148.05 | $1,126.03 |
| 6/10/2019 | $1,082.76 | $1,136.40 | 7/24/2019 | $1,139.73 | $1,126.26 |
| 6/11/2019 | $1,081.04 | $1,134.56 | 7/25/2019 | $1,135.94 | $1,126.42 |
| 6/12/2019 | $1,079.10 | $1,132.77 | 7/26/2019 | $1,245.22 | $1,128.33 |

**TABLE 4**

**Closing Price and Average Closing Price: Alphabet Class C Stock (GOOG)**

| Date | Closing price | Average Closing Price Between April 30, 2019 and Date Shown | Date | Closing price | Average Closing Price Between April 30, 2019 and Date Shown |
|---|---|---|---|---|---|
| 4/30/2019 | $1,188.48 | $1,188.48 | 6/13/2019 | $1,088.77 | $1,127.25 |
| 5/1/2019 | $1,168.08 | $1,178.28 | 6/14/2019 | $1,085.35 | $1,125.98 |
| 5/2/2019 | $1,162.61 | $1,173.06 | 6/17/2019 | $1,092.50 | $1,125.00 |
| 5/3/2019 | $1,185.40 | $1,176.14 | 6/18/2019 | $1,103.60 | $1,124.39 |
| 5/6/2019 | $1,189.39 | $1,178.79 | 6/19/2019 | $1,102.33 | $1,123.77 |
| 5/7/2019 | $1,174.10 | $1,178.01 | 6/20/2019 | $1,111.42 | $1,123.44 |
| 5/8/2019 | $1,166.27 | $1,176.33 | 6/21/2019 | $1,121.88 | $1,123.40 |
| 5/9/2019 | $1,162.38 | $1,174.59 | 6/24/2019 | $1,115.52 | $1,123.20 |
| 5/10/2019 | $1,164.27 | $1,173.44 | 6/25/2019 | $1,086.35 | $1,122.28 |
| 5/13/2019 | $1,132.03 | $1,169.30 | 6/26/2019 | $1,079.80 | $1,121.24 |
| 5/14/2019 | $1,120.44 | $1,164.86 | 6/27/2019 | $1,076.01 | $1,120.16 |
| 5/15/2019 | $1,164.21 | $1,164.81 | 6/28/2019 | $1,080.91 | $1,119.25 |
| 5/16/2019 | $1,178.98 | $1,165.90 | 7/1/2019 | $1,097.95 | $1,118.77 |
| 5/17/2019 | $1,162.30 | $1,165.64 | 7/2/2019 | $1,111.25 | $1,118.60 |
| 5/20/2019 | $1,138.85 | $1,163.85 | 7/3/2019 | $1,121.58 | $1,118.66 |
| 5/21/2019 | $1,149.63 | $1,162.96 | 7/5/2019 | $1,131.59 | $1,118.94 |
| 5/22/2019 | $1,151.42 | $1,162.28 | 7/8/2019 | $1,116.35 | $1,118.88 |
| 5/23/2019 | $1,140.77 | $1,161.09 | 7/9/2019 | $1,124.83 | $1,119.01 |
| 5/24/2019 | $1,133.47 | $1,159.64 | 7/10/2019 | $1,140.48 | $1,119.44 |
| 5/28/2019 | $1,134.15 | $1,158.36 | 7/11/2019 | $1,144.21 | $1,119.92 |
| 5/29/2019 | $1,116.46 | $1,156.37 | 7/12/2019 | $1,144.90 | $1,120.40 |
| 5/30/2019 | $1,117.95 | $1,154.62 | 7/15/2019 | $1,150.34 | $1,120.97 |
| 5/31/2019 | $1,103.63 | $1,152.40 | 7/16/2019 | $1,153.58 | $1,121.57 |
| 6/3/2019 | $1,036.23 | $1,147.56 | 7/17/2019 | $1,146.35 | $1,122.02 |
| 6/4/2019 | $1,053.05 | $1,143.78 | 7/18/2019 | $1,146.33 | $1,122.45 |
| 6/5/2019 | $1,042.22 | $1,139.88 | 7/19/2019 | $1,130.10 | $1,122.59 |
| 6/6/2019 | $1,044.34 | $1,136.34 | 7/22/2019 | $1,138.07 | $1,122.86 |
| 6/7/2019 | $1,066.04 | $1,133.83 | 7/23/2019 | $1,146.21 | $1,123.25 |
| 6/10/2019 | $1,080.38 | $1,131.98 | 7/24/2019 | $1,137.81 | $1,123.49 |
| 6/11/2019 | $1,078.72 | $1,130.21 | 7/25/2019 | $1,132.12 | $1,123.64 |
| 6/12/2019 | $1,077.03 | $1,128.49 | 7/26/2019 | $1,250.41 | $1,125.68 |

## ADDITIONAL PROVISIONS

**Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" will be the sum of his, her or its Recognized Loss Amounts as calculated above with respect to Alphabet Class A and Class C stock.

**FIFO Matching:** If a Settlement Class Member made more than one purchase or sale of Alphabet Class A and Class C stock during the relevant period, all purchases and sales will be matched on a First In, First Out ("FIFO") basis. Sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases in chronological order, beginning with the earliest purchase made during the Settlement Class Period.

**"Purchase/Sale" Dates:** Purchases and sales of Alphabet Class A and Class C stock will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. "Purchases" eligible under the Settlement and this Plan of Allocation include all purchases or other acquisitions of Alphabet Class A and Class C stock in exchange for value and are not limited to purchases made on or through a stock exchange, as long as the purchase is adequately documented. However, the receipt or grant by gift, inheritance, or operation of law of Alphabet Class A and Class C stock during the Settlement Class Period shall not be deemed a purchase or sale of Alphabet Class A and Class C stock for the calculation of a Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/sale of Alphabet Class A and Class C stock unless (i) the donor or decedent purchased the shares during the Settlement Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to transfer such rights; and (iii) no Claim was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to those shares.

**Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase of the Alphabet Class A and Class C stock. The date of a "short sale" is deemed to be the date of sale of the Alphabet Class A and Class C stock. In accordance with the Plan of Allocation, however, the Recognized Loss Amount on "short sales" and the purchases covering "short sales" is zero. In the event that a Claimant has an opening short position in Alphabet Class A and Class C stock, the earliest purchases of Alphabet Class A and Class C stock during the Settlement Class Period will be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

**Class A and Class C Stock Purchased/Sold Through the Exercise of Options:** Option contracts are not securities eligible to participate in the Settlement. With respect to Alphabet Class A and Class C stock purchased or sold through the exercise of an option, the purchase/sale date of the Class A and Class C stock is the exercise date of the option and the purchase/sale price is the exercise price of the option.

**Market Gains and Losses:** The Claims Administrator will determine if the Claimant had a "Market Gain" or a "Market Loss" with respect to his, her, or its overall transactions in Alphabet Class A and Class C stock during the Settlement Class Period. For purposes of making this calculation, the Claims Administrator shall determine the difference between (i) the Claimant's Total Purchase Amount[5] and (ii) the sum of the Claimant's Total Sales Proceeds[6] and the Claimant's Holding Value.[7] If the Claimant's Total Purchase Amount *minus* the sum of the Claimant's Total Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's Market Loss; if the number is a negative number or zero, that number will be the Claimant's Market Gain.

If a Claimant had a Market Gain with respect to his, her, or its overall transactions in Alphabet Class A and Class C stock during the Settlement Class Period, the value of the Claimant's Recognized Claim will be zero, and the Claimant will in any event be bound by the Settlement and the Settlement Agreement. If a Claimant suffered an overall Market Loss with respect to his, her, or its overall transactions in Alphabet Class A and Class C stock during the Settlement Class Period but that Market Loss was less than the Claimant's Recognized Claim, then the Claimant's Recognized Claim will be limited to the amount of the Market Loss.

**Determination of Distribution Amount:** If the sum total of Recognized Claims of all Authorized Claimants who are entitled to receive payment out of the Net Settlement Fund is greater than the Net Settlement Fund, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. The *pro rata* share or "Distribution Amount" will be the Authorized Claimant's Recognized Claim divided by the total of Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

---

5 The "Total Purchase Amount" is the total amount the Claimant paid (excluding all fees, taxes and commissions) for all shares of Alphabet Class A and Class C stock purchased from April 23, 2018, through April 30, 2019, inclusive.

6 The Claims Administrator shall match any sales of Alphabet Class A and Class C stock from April 23, 2018, through April 30, 2019, inclusive first against the Claimant's opening position in Alphabet Class A and Class C stock, as appropriate by Class (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (not deducting any fees, taxes and commissions) for sales of the remaining shares of Alphabet Class A and Class C stock sold from April 23, 2018, through April 30, 2019, inclusive is the "Total Sales Proceeds" for that class.

7 The Claims Administrator shall ascribe a "Holding Value" of $1,198.96 to each share of Alphabet Class A stock purchased from April 23, 2018, through April 30, 2019, inclusive, that was still held as of the close of trading on April 30, 2019. The Claims Administrator shall ascribe a "Holding Value" of $1,188.48 to each share of Alphabet Class C stock purchased from April 23, 2018, through April 30, 2019, inclusive, that was still held as of the close of trading on April 30, 2019.

If the Net Settlement Fund exceeds the sum total amount of the Recognized Claims of all Authorized Claimants entitled to receive payment out of the Net Settlement Fund, the excess amount in the Net Settlement Fund will be distributed *pro rata* to all Authorized Claimants entitled to receive payment.

Distributions will be made to Authorized Claimants after all claims have been processed, after the Court has finally approved the Settlement, and after any appeals are resolved. After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the Net Settlement Fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with its Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator will conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance will be contributed to the Investor Protection Trust.

Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, will be conclusive against all Authorized Claimants. No person shall have any claim against Lead Plaintiff, Lead Counsel, Lead Plaintiff's consulting experts, Defendants, Defendants' Counsel, any of the other Settlement Class Members or Released Defendant Parties, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the Plan of Allocation approved by the Court, or further orders of the Court. Lead Plaintiff, Defendants, and their respective counsel, and all other Released Defendant Parties, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund; the Plan of Allocation; the determination, administration, calculation, or payment of any claim or nonperformance of the Claims Administrator; the payment or withholding of Taxes; or any losses incurred in connection therewith.

The Plan of Allocation stated herein is the Plan that is being proposed to the Court for its approval by Lead Plaintiff, after consultation with its consulting damages expert. The Court may approve this Plan as proposed or it may modify the Plan of Allocation without further notice to the Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the case website, www.AlphabetSecuritiesSettlement.com.

Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim. If you are dissatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims administration process, to decide the issue by submitting a written request.

The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Settlement Class Member on equitable grounds.

All Settlement Class Members who fail to complete and submit a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any Judgment entered and the releases given.

**SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES**

If you purchased or acquired Alphabet Class A and/or Class C stock during the Settlement Class Period for the beneficial interest of an individual or organization other than yourself, the Court has directed that, WITHIN SEVEN (7) CALENDAR DAYS OF YOUR RECEIPT OF THE SUMMARY NOTICE, you either (a) provide to the Claims Administrator the name and last known email or physical address of each person or organization for whom or which you purchased or acquired such Alphabet Class A and/or Class C stock during such time period, or (b) request additional copies of the Summary Notice which will be provided to you free of charge, and within seven (7) calendar days send via email or regular mail where an email address is not available, mail the Summary Notice directly to the beneficial owners of the Alphabet Class A and/or Class C stock referred to herein. If you choose to follow alternative procedure (b), upon such mailing, you must send a statement to the Claims Administrator confirming that the email was sent or the mailing was made as directed and retain the names, email addresses or physical addresses for any future mailings to Settlement Class Members. You are entitled to reimbursement from the Settlement Fund of your reasonable expenses actually incurred in connection with the foregoing, including reimbursement of postage expense and the cost of ascertaining the names and addresses of beneficial owners. Reasonable out-of-pocket expenses actually incurred in connection with the foregoing includes up to $0.03 for providing names, addresses and email addresses to the Claims Administrator per record; up to a maximum of $0.03 per Summary Notice emailed or mailed by you, plus postage at the rate used by the Claims Administrator. Your reasonable expenses will be paid upon request and submission of appropriate supporting documentation. All communications concerning the foregoing should be addressed to the Claims Administrator at notifications@gilardi.com or:

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175

DATED: April 9, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THIS PAGE INTENTIONALLY LEFT BLANK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re ALPHABET, INC. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

Master File No. 3:18-cv-06245-TLT

CLASS ACTION

# PROOF OF CLAIM AND RELEASE

## I. GENERAL INSTRUCTIONS

1. To recover as a member of the Settlement Class based on your claims in the action entitled *In re Alphabet, Inc. Securities Litigation*, No. 3:18-cv-06245-TLT (the "Action"), you must complete and, on page 7 hereof, sign this Proof of Claim and Release ("Proof of Claim" or "Claim Form"). If you fail to submit a properly addressed (as set forth in paragraph 3 below) Claim Form, postmarked or received by the date shown below, your claim may be rejected and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed settlement of the Action (the "Settlement").[1]

2. Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement.

3. YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED CLAIM FORM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, NO LATER THAN JULY 25, 2024, TO THE COURT-APPOINTED CLAIMS ADMINISTRATOR IN THIS CASE, AT THE FOLLOWING ADDRESS:

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175
Online Submissions: www.AlphabetSecuritiesSettlement.com

Do not mail or deliver your Claim Form to the Court, the Parties to the Action, or their counsel. Submit your Claim Form only to the Claims Administrator at the address set forth above. If you are NOT a member of the Settlement Class (as defined below and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice")), DO NOT submit a Claim Form.

4. If you are a member of the Settlement Class and you do not request exclusion, you will be bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM.

5. It is important that you completely read and understand the Notice that is available at www.AlphabetSecuritiesSettlement.com, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice (as well as the Stipulation) also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form.

## II. CLAIMANT IDENTIFICATION

You are a member of the Settlement Class if you purchased or otherwise acquired Alphabet, Inc. ("Alphabet") Class A and/or Class C stock during the period from April 23, 2018, through April 30, 2019, inclusive (the "Settlement Class Period"). Excluded from the Settlement Class are Defendants and their families, the officers, directors, and affiliates of Defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded from the Settlement Class is any Person who would otherwise be a member of the Settlement Class but who validly and timely requests exclusion in accordance with the requirements set by the Court.

[1] This Claim Form incorporates by reference the definitions in the Stipulation of Settlement ("Stipulation"), which can be obtained at www.AlphabetSecuritiesSettlement.com.

Use Part I of this Claim Form entitled "Claimant Identification" to identify each purchaser or acquirer of record ("nominee"), if different from the beneficial purchaser or acquirer of the Alphabet Class A or Class C stock which forms the basis of this claim. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S) OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S) OF THE ALPHABET CLASS A OR CLASS C STOCK UPON WHICH THIS CLAIM IS BASED.

All joint purchasers or acquirers must sign this Claim Form. Executors, administrators, guardians, conservators, and trustees must complete and sign this Claim Form on behalf of persons represented by them and their authority must accompany this Claim Form and their titles or capacities must be stated. The last four digits of the Social Security Number (or full Taxpayer Identification Number) and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

If you are acting in a representative capacity on behalf of a Settlement Class Member (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.

One Proof of Claim should be submitted for each separate legal entity. Separate Proofs of Claim should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Conversely, a single Proof of Claim should be submitted on behalf of one legal entity, including all transactions made by that entity on one Proof of Claim, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Proof of Claim).

NOTICE REGARDING ELECTRONIC FILES: Certain Claimants with large numbers of transactions may request to, or may be requested to, submit information regarding their transactions in electronic files. All Claimants MUST submit a manually signed paper Proof of Claim listing all their transactions whether or not they also submit electronic copies. If you wish to file your Proof of Claim electronically, you must contact the Claims Administrator at edata@gilardi.com to obtain the mandatory file layout. Any file not in accordance with the required electronic filing format will be subject to rejection. Only one Proof of Claim should be submitted for each legal entity (*see* above) and the ***complete*** name of the beneficial owner(s) of the securities must be entered where called for. Distribution payments must be made by check or electronic payment payable to the Authorized Claimant (beneficial account owner). The Third-Party Filer shall not be the payee of any distribution payment check or electronic distribution payment. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgement of receipt and acceptance of electronically submitted data. Do not assume that your file has been received until you receive this notification. If you do not receive such an email within 10 days of your submission you should contact the electronic filing department at edata@gilardi.com to inquire about your file and confirm it was received.

## III. PROOF OF CLAIM

Use Part II of this form entitled "Schedule of Transactions in Alphabet Class A Stock," and Part III of this form entitled "Schedule of Transactions in Alphabet Class C Stock" to supply all required details of your transaction(s) in Alphabet Class A and/or Class C stock. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to ***all*** of your holdings, purchases or acquisitions and ***all*** of your sales of Alphabet Class A and/or Class C stock, whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

List these transactions separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

For short-sale transactions, the date of covering a "short sale" is deemed to be the date of purchase of Alphabet stock, and the date of a "short sale" is deemed to be the date of sale of Alphabet stock.

For each transaction, you must provide, together with this Proof of Claim, copies of stockbroker confirmation slips, stockbroker statements, or other documents adequately evidencing your transactions in Alphabet Class A and/or Class C stock. If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these documents are necessary to prove and process your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim. **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN ALPHABET STOCK.**

PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

Official Office Use Only

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*In re Alphabet, Inc. Securities Litigation*

Master File No. 3:18-cv-06245-TLT

**PROOF OF CLAIM AND RELEASE FORM**

**Must Be Postmarked (if Mailed) or Received (if Submitted Online) No Later Than July 25, 2024**

# ALPA

Please Type or Print in the Boxes Below
Must use Black or Blue Ink or your claim may be deemed deficient.

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN ALPHABET CLASS A AND/OR CLASS C STOCK. FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.**

## PART I. CLAIMANT IDENTIFICATION

Last Name | M.I. | First Name

Last Name (Co-Beneficial Owner) | M.I. | First Name (Co-Beneficial Owner)

○ IRA ○ Joint Tenancy ○ Employee ○ Individual ○ Other ________ (specify)

Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Last Four Digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Primary Daytime) | Telephone Number (Alternate)

Email Address

## MAILING INFORMATION

Address

Address (cont.)

City | State | ZIP Code

Foreign Province | Foreign Postal Code | Foreign Country Name/Abbreviation

| FOR CLAIMS PROCESSING ONLY | OB | CB | ○ ATP ○ KE ○ ICI | ○ BE ○ DR ○ EM | ○ FL ○ ME ○ ND | ○ OP ○ RE ○ SH | MM / DD / YYYY | FOR CLAIMS PROCESSING ONLY |
|---|---|---|---|---|---|---|---|---|

## PART II. SCHEDULE OF TRANSACTIONS IN ALPHABET CLASS A STOCK

A. Number of shares of Alphabet Class A stock held at the close of trading on April 22, 2018. If none, write "0" or "zero." Proof Enclosed? ◯ Y ◯ N

B. Purchases or acquisitions of Alphabet Class A stock between April 23, 2018 and July 26, 2019, inclusive:[2]

PURCHASES

| | Trade Date(s) (List Chronologically) MM / DD / YYYY | Number of Shares Purchased or Acquired | Total Purchase or Acquisition Price (Excluding commissions, taxes and fees) | Proof of Purchase Enclosed? |
|---|---|---|---|---|
| 1. | / / | | $ .00 | ◯ Y ◯ N |
| 2. | / / | | $ .00 | ◯ Y ◯ N |
| 3. | / / | | $ .00 | ◯ Y ◯ N |
| 4. | / / | | $ .00 | ◯ Y ◯ N |
| 5. | / / | | $ .00 | ◯ Y ◯ N |

IMPORTANT: (i) If any purchase listed covered a "short sale," please mark Yes: ◯ Yes

(ii) If you received shares through an acquisition or merger, please identify the date, the share amount and the company acquired:

| M M / D D / Y Y Y Y | Merger Shares: | Company: |
|---|---|---|
| / / | | |

C. Sales of Alphabet Class A stock between April 23, 2018 and July 26, 2019, inclusive:

SALES

| | Trade Date(s) (List Chronologically) MM / DD / YYYY | Number of Shares Sold | Total Sales Price (Excluding commissions, taxes and fees) Please round off to the nearest whole dollar | Proof of Sales Enclosed? |
|---|---|---|---|---|
| 1. | / / | | $ .00 | ◯ Y ◯ N |
| 2. | / / | | $ .00 | ◯ Y ◯ N |
| 3. | / / | | $ .00 | ◯ Y ◯ N |
| 4. | / / | | $ .00 | ◯ Y ◯ N |
| 5. | / / | | $ .00 | ◯ Y ◯ N |

D. Number of shares of Alphabet Class A stock held at the close of trading on April 30, 2019: Proof Enclosed? ◯ Y ◯ N

E. Number of shares of Alphabet Class A stock held at the close of trading on July 26, 2019: Proof Enclosed? ◯ Y ◯ N

If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 7. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

[2] Information requested about your purchases or acquisitions on May 1, 2019, through and including the close of trading on July 26, 2019, is needed only in order for the Claims Administrator to confirm that you have reported all relevant transactions. Purchases or acquisitions during this period are not eligible for a recovery because they were made outside the Settlement Class Period.

## PART III. SCHEDULE OF TRANSACTIONS IN ALPHABET CLASS C STOCK

A. Number of shares of Alphabet Class C stock held at the close of trading on April 22, 2018. If none, write "0" or "zero." Proof Enclosed? ◯ Y ◯ N

B. Purchases or acquisitions of Alphabet Class C stock between April 23, 2018 and July 26, 2019, inclusive:

PURCHASES

| | Trade Date(s) (List Chronologically) | Number of Shares Purchased or Acquired | Total Purchase or Acquisition Price (Excluding commissions, taxes and fees) | Proof of Purchase Enclosed? |
|---|---|---|---|---|
| | MM / DD / YYYY | | | |
| 1. | / / | | $ .00 | ◯ Y ◯ N |
| 2. | / / | | $ .00 | ◯ Y ◯ N |
| 3. | / / | | $ .00 | ◯ Y ◯ N |
| 4. | / / | | $ .00 | ◯ Y ◯ N |
| 5. | / / | | $ .00 | ◯ Y ◯ N |

IMPORTANT: (i) If any purchase listed covered a "short sale," please mark Yes: ◯ Yes

(ii) If you received shares through an acquisition or merger, please identify the date, the share amount and the company acquired:

MM / DD / YYYY    Merger Shares:    Company:

C. Sales of Alphabet Class C stock between April 23, 2018 and July 26, 2019, inclusive:

SALES

| | Trade Date(s) (List Chronologically) | Number of Shares Sold | Total Sales Price (Excluding commissions, taxes and fees) Please round off to the nearest whole dollar | Proof of Sales Enclosed? |
|---|---|---|---|---|
| | MM / DD / YYYY | | | |
| 1. | / / | | $ .00 | ◯ Y ◯ N |
| 2. | / / | | $ .00 | ◯ Y ◯ N |
| 3. | / / | | $ .00 | ◯ Y ◯ N |
| 4. | / / | | $ .00 | ◯ Y ◯ N |
| 5. | / / | | $ .00 | ◯ Y ◯ N |

D. Number of shares of Alphabet Class C stock held at the close of trading on April 30, 2019: Proof Enclosed? ◯ Y ◯ N

E. Number of shares of Alphabet Class C stock held at the close of trading on July 26, 2019: Proof Enclosed? ◯ Y ◯ N

If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 7. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**



## IV. SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Northern District of California with respect to my (our) claim as a Settlement Class Member and for purposes of enforcing the releases set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of the Stipulation and any judgment that may be entered in the Action, including the releases and the covenants set forth herein. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same purchases, acquisitions, or sales of Alphabet Class A and/or Class C stock during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

## V. RELEASES

1. I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever waive, compromise, settle, discharge, extinguish and release from the "Released Claims" (as defined below") each and all of the "Released Defendant Parties" (as defined below).

2. "Released Claims" means any and all claims and causes of action of every nature and description, whether known or unknown, asserted or unasserted, accrued or unaccrued, fixed or contingent, liquidated or unliquidated, whether arising under federal, state, local, common or foreign law, or any other law, rule or regulation, whether class or individual in nature, based on, arising out of, or in connection with both: (i) the purchase or acquisition of Alphabet Class A and/or Class C common stock during the period from April 23, 2018 through April 30, 2019, inclusive, and (ii) the allegations, acts, facts, matters, occurrences, disclosures, filings, representations, statements, or omissions that were or could have been alleged by Lead Plaintiff and other members of the Settlement Class in the Action. The definition of Released Claims includes, but is not limited to, claims arising out of Alphabet's results in the fourth quarter of 2018 or the first quarter of 2019. Notwithstanding the foregoing, "Released Claims" does not include claims relating to the enforcement of the Settlement.

3. "Released Defendant Parties" means each and all of the Defendants, and each and all of their Related Persons.

4. "Released Defendants' Claims" means all claims and causes of action of every nature and description, including both known claims and Unknown Claims (as defined below), whether arising under federal, state, common or foreign law, or any other law, that Defendants could have asserted against any of the "Released Plaintiff Parties" (as defined below), including Lead Counsel and Settlement Class Members, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims in the Action, except for claims relating to the enforcement of the Settlement.

5. "Released Parties" means the Released Defendant Parties and the Released Plaintiff Parties.

6. "Released Plaintiff Parties" means the Lead Plaintiff, each and every Settlement Class Member, Lead Counsel, and each of their respective past or present trustees, officers, directors, partners, employees, contractors, auditors, principals, agents, attorneys, predecessors, successors, assigns, insurers, parents, subsidiaries, general or limited partners or partnerships, and limited liability companies; and the spouses, members of the immediate families, representatives, and heirs of any Released Plaintiff Party who is an individual, as well as any trust of which any Released Plaintiff Party is the settlor or which is for the benefit of any of their immediate family members. Released Plaintiff Parties does not include any Person who timely and validly seeks exclusion from the Settlement Class.

7. "Unknown Claims" means any and all Released Claims of every nature and description against the Released Defendant Parties that Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of the Released Defendant Parties, and any and all Released Defendants' Claims of every nature and description against the Released Plaintiff Parties that any Defendant does not know or suspect to exist in his, her or its favor at the time of the release of the Released Defendants' Claims, and including, without limitation, those that, if known by him, her or it, might have affected his, her or its decision to enter into this Settlement, execute the Stipulation, and agree to all the various releases set forth herein, or might have affected his, her or its decision not to object to this Settlement or not exclude itself, herself or himself from the Settlement Class. Unknown Claims include, without limitation, those claims in which some or all of the facts composing the claim may be unsuspected, undisclosed, concealed, or hidden. With respect to any and all Released Claims and Released Defendants' Claims, the Released Parties stipulate and agree that, upon the Effective Date, Lead Plaintiff and Settlement Class Members (as regards the Released Claims) and the Defendants (as regards the Released Defendants' Claims) shall expressly waive and relinquish, and each Settlement Class Member shall be deemed to have and by operation of law and of the Judgment shall have, expressly waived and relinquished, to the fullest extent permitted by law, any and all provisions, rights and benefits conferred by California Civil Code §1542, or any law of any state or territory of the United States, or principle of common law or of international or foreign law, which is similar, comparable, or equivalent to Cal. Civ. Code §1542, which provides:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**



The Released Parties may hereafter discover facts in addition to or different from those that he, she, or it now knows or believes to be true with respect to the subject matter of Released Claims or Released Defendants' Claims, but they stipulate and agree that, upon the Effective Date of the Settlement, the Released Parties shall expressly waive and by operation of the Judgment, or Alternative Judgment, if applicable, shall have, fully, finally, and forever settled and released, any and all Released Claims or Released Defendants' Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, that now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. The Parties acknowledge, and each of the Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

8. These releases shall be of no force or effect unless and until the Court approves the Stipulation and the Settlement becomes effective on the Effective Date.

9. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any claim or matter released pursuant to this release or any other part or portion thereof.

10. I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions, and sales of Alphabet Class A and/or Class C stock during the Settlement Class Period and the number of Alphabet Class A and/or Class C shares held by me (us) at the close of trading on April 22, 2018, April 30, 2019, and July 26, 2019.

I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this ________________ day of ___________________________ in _____________________________________________
(Month/Year) (City/State/Country)

_______________________________________
(Sign your name here)

_______________________________________
(Sign your name here)

_______________________________________
(Type or print your name here)

_______________________________________
(Type or print your name here)

_______________________________________
(Capacity of person(s) signing, *e.g.*,
Beneficial Purchaser or Acquirer, Executor or Administrator)

_______________________________________
(Capacity of person(s) signing, *e.g.*,
Beneficial Purchaser or Acquirer, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.**



Reminder Checklist:

1. Please sign the above release and declaration.

2. If this Claim is being made on behalf of Join Claimants, then both must sign.

3. Remember to attach copies of supporting documentation, if available.

4. **Do not send** originals of certificates.

5. Keep a copy of your Claim Form and all supporting documentation for your records.

6. If you desire an acknowledgment of receipt of your Proof of Claim, please send it Certified Mail, Return Receipt Requested.

7. If you move after submitting this Claim Form, please notify the Claims Administrator of the change in your address, otherwise you may not receive additional notices or payment.

8. **Do not use red pen or highlighter** on the Proof of Claim or supporting documentation. You must use Black or Blue Ink or your claim may be deemed deficient.

**THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR MAILED
NO LATER THAN JULY 25, 2024, ADDRESSED AS FOLLOWS:**

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175
Online submissions: www.AlphabetSecuritiesSettlement.com



# EXHIBIT C

Gilardi & Co LLC
1 McInnis Parkway
Suite 250
San Rafael, CA 94903
P: (415) 458-3015

April 26, 2024

«FirstName» «LastName»
«Company»
«Addr1»
«Addr2»
South Bend, IN 46601
«FCountry»

Re: **Alphabet Securities Settlement**

Dear «GENDER» «LastName»:

Please find enclosed the Summary Notice of Proposed Settlement of Class Action for the above referenced litigation. Please note both the class period and the designated eligible securities described on page one of the Notice, specifically the inclusion of all persons that purchased or otherwise acquired Alphabet, Inc. ("Alphabet") Class A and/or Class C stock during the period from April 23, 2018, through April 30, 2019, inclusive, and are not otherwise excluded from the Settlement Class (the "Settlement Class"). In addition, **the Notice provides that the Exclusion Deadline is July 25, 2024 and the Claim Filing Deadline is August 23, 2024.**

Please pay particular attention to the "Special Notice to Securities Brokers and Other Nominees" on page fifteen of the Notice which states, in part: If you purchased or acquired Alphabet Class A and/or Class C stock during the Settlement Class Period for the beneficial interest of an individual or organization other than yourself, the Court has directed that, WITHIN SEVEN (7) CALENDAR DAYS OF YOUR RECEIPT OF THE SUMMARY NOTICE, you either (a) provide to the Claims Administrator the name and last known email or physical address of each person or organization for whom or which you purchased or acquired such Alphabet Class A and/or Class C stock during such time period, or (b) request additional copies of the Summary Notice which will be provided to you free of charge, and within seven (7) calendar days send via email or regular mail where an email address is not available, mail the Summary Notice directly to the beneficial owners of the Alphabet Class A and/or Class C stock referred to herein. If you choose to follow alternative procedure (b), upon such mailing, you must send a statement to the Claims Administrator confirming that the email was sent or the mailing was made as directed and retain the names, email addresses or physical addresses for any future mailings to Settlement Class Members.

Additional copies of the appropriate documents may be requested by contacting us at the above address and/or phone number. If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to Notifications@Gilardi.com, via CD Rom to the above address or contact us to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send. Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats:

- ASCII Fixed Length file
- ASCII Tab Delimited file
- Microsoft Excel spreadsheet

Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission. If you have any questions, please email Notifications@Gilardi.com.

Sincerely,

Gilardi and Company, LLC

EXHIBIT D

# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
▲-New 52-week high; ▼-New 52-week low; **dd**-Indicates loss in the most recent four quarters.

**Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.**

Thursday, May 2, 2024

### A B C

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AAON | AAON | 90.89 | -3.58 |
| AECOM | ACM | 94.23 | 1.32 |
| AES | AES | 18.93 | 0.76 |
| Aflac | AFL | 84.04 | -0.53 |
| AGCO | AGCO | 110.63 | -1.51 |
| Ansys | ANSS | 314.53 | -6.95 |
| ▼ APA | APA | 29.18 | -1.32 |
| ASE Tech | ASX | 10.16 | 0.25 |
| ASML | ASML | 870.28 | 17.44 |
| AT&T | T | 16.82 | -0.10 |
| ATI | ATI | 58.05 | -0.80 |
| AbbottLabs | ABT | 105.92 | -0.37 |
| AbbVie | ABBV | 160.81 | -0.91 |
| Accenture | ACN | 300.34 | 1.68 |
| AcuityBrands | AYI | 250.47 | 4.45 |
| Adobe | ADBE | 476.57 | 7.18 |
| AdvDrainageSys | WMS | 161.94 | 3.43 |
| AdvMicroDevices | AMD | 146.16 | 1.89 |
| Aegon | AEG | 6.26 | 0.02 |
| AerCap | AER | 86.82 | 1.30 |
| AffirmHldgs | AFRM | 34.44 | 2.32 |
| AgilentTechs | A | 137.52 | -1.17 |
| AgnicoEagleMines | AEM | 65.12 | 0.88 |
| AirProducts | APD | 243.69 | 6.20 |
| Airbnb | ABNB | 158.33 | 2.17 |
| AkamaiTech | AKAM | 99.74 | -1.15 |
| Albemarle | ALB | 125.30 | 6.30 |
| Albertsons | ACI | 20.72 | 0.14 |
| Alcon | ALC | 78.42 | -0.11 |
| AlexandriaRlEst | ARE | 118.17 | 1.38 |
| Alibaba | BABA | 80.33 | 4.82 |
| AlignTech | ALGN | 286.54 | 2.02 |
| Allegion | ALLE | 122.26 | 1.20 |
| AlliantEnergy | LNT | 50.85 | 0.49 |
| ▲ Allstate | ALL | 169.18 | -2.38 |
| AllyFinancial | ALLY | 38.80 | 0.24 |
| AlnylamPharm | ALNY | 150.31 | 0.35 |
| Alphabet C | GOOG | 168.46 | 2.89 |
| Alphabet A | GOOGL | 166.62 | 2.76 |
| Altria | MO | 43.98 | 0.16 |
| Amazon.com | AMZN | 184.72 | 5.72 |
| Ambev | ABEV | 2.41 | 0.07 |
| Amcor | AMCR | 9.87 | 0.07 |
| Amdocs | DOX | 83.64 | 0.28 |
| Ameren | AEE | 75.25 | 0.76 |
| AmericaMovil | AMX | 18.87 | -0.25 |
| AmerAirlines | AAL | 13.86 | 0.28 |
| AEP | AEP | 88.25 | 0.10 |
| AmerExpress | AXP | 232.50 | 1.04 |
| AmericanFin | AFG | 127.68 | -1.06 |
| AmHomes4Rent | AMH | 36.40 | 0.47 |
| ▲ AIG | AIG | 78.10 | 2.29 |
| AmerTowerREIT | AMT | 179.64 | 2.80 |
| AmerWaterWorks | AWK | 125.95 | 0.83 |
| Ameriprise | AMP | 416.48 | 3.04 |
| Ametek | AME | 163.34 | -10.64 |
| Amgen | AMGN | 278.39 | 1.02 |
| AmkorTech | AMKR | 31.66 | 1.33 |
| Amphenol | APH | 121.00 | 1.74 |
| AnalogDevices | ADI | 196.49 | 2.60 |
| AngloGoldAsh | AU | 23.14 | -0.32 |
| AB InBev | BUD | 59.89 | 0.42 |
| AnnalyCap | NLY | 19.07 | 0.10 |
| AnteroResources | AR | 32.65 | -0.01 |
| Aon | AON | 280.09 | -3.72 |
| APi Group | APG | 37.34 | -0.49 |
| ApolloGlblMgmt | APO | 112.07 | 4.30 |
| AppFolio | APPF | 236.05 | 5.94 |
| Apple | AAPL | 173.03 | 3.73 |
| ApplMaterials | AMAT | 197.91 | 3.92 |
| AppLovin | APP | 72.47 | 2.73 |
| Aptargroup | ATR | 145.92 | 0.54 |
| Aptiv | APTV | 77.79 | 8.04 |
| Aramark | ARMK | 30.93 | -0.22 |
| ArcelorMittal | MT | 26.07 | 1.00 |
| ArchCapital | ACGL | 95.17 | -0.63 |
| ADM | ADM | 59.35 | 0.98 |
| AresMgmt | ARES | 134.64 | 2.94 |
| argenx | ARGX | 393.42 | 10.08 |
| AristaNetworks | ANET | 261.86 | 6.65 |
| Arm | ARM | 98.00 | 2.71 |
| AscendisPharma | ASND | 141.10 | 0.09 |
| AspenTech | AZPN | 201.37 | 6.19 |
| Assurant | AIZ | 174.62 | -0.03 |
| AsteraLabs | ALAB | 79.06 | 4.23 |
| AstraZeneca | AZN | 75.80 | -0.61 |
| Atlassian | TEAM | 183.55 | 10.78 |
| AtmosEnergy | ATO | 119.05 | 0.39 |
| Autodesk | ADSK | 209.95 | -0.76 |
| Autoliv | ALV | 121.80 | 1.37 |
| ADP | ADP | 242.03 | -5.30 |
| AutoZone | AZO | 2962.09 | 15.28 |
| Avalonbay | AVB | 192.45 | 4.52 |
| Avangrid | AGR | 36.55 | -0.10 |
| Avantor | AVTR | 24.32 | -0.10 |
| AveryDennison | AVY | 219.51 | 1.68 |
| ▲ AxaltaCoating | AXTA | 34.83 | 0.62 |
| AxonEnterprise | AXON | 316.75 | 5.18 |
| BCE | BCE | 32.99 | -0.27 |
| BHP Group | BHP | 55.58 | 0.58 |
| BJ'sWholesale | BJ | 75.24 | -0.01 |
| BP | BP | 38.67 | 0.45 |
| BWX Tech | BWXT | 95.54 | -0.19 |
| Baidu | BIDU | 111.75 | 7.43 |
| BakerHughes | BKR | 31.93 | 0.04 |
| Ball | BALL | 67.99 | -0.29 |
| BBVA | BBVA | 10.42 | -0.04 |
| BancoBradesco | BBDO | 2.40 | 0.02 |
| BancodeChile | BCH | 22.19 | 0.18 |
| BancSanBrasil | BSBR | 5.74 | 0.09 |
| BcoSantChile | BSAC | 18.08 | 0.17 |
| BancoSantander | SAN | 4.87 | 0.07 |
| BanColombia | CIB | 33.40 | 0.45 |
| BankofAmerica | BAC | 36.88 | -0.07 |
| BankMontreal | BMO | 89.89 | 0.24 |
| BankNY Mellon | BK | 56.60 | 0.14 |
| BankNovaScotia | BNS | 46.30 | 0.02 |
| Barclays | BCS | 10.25 | -0.02 |
| BarrickGold | GOLD | 16.55 | 0.19 |
| Bath&BodyWks | BBWI | 43.83 | ... |
| BaxterIntl | BAX | 36.91 | -3.43 |
| BectonDicknsn | BDX | 240.35 | 6.63 |
| BeiGene | BGNE | 162.01 | 5.48 |
| BellRing | BRBR | 57.18 | 1.68 |
| BentleySystems | BSY | 51.74 | 0.27 |
| Berkley | WRB | 79.01 | 1.23 |
| BerkHathwy B | BRK.B | 400.60 | 2.02 |
| BerkHathwy A | BRK.A | 606413 | 4313.44 |
| BestBuy | BBY | 72.44 | 0.41 |
| Bio-Techne | TECH | 75.60 | 2.14 |
| Bio-RadLab A | BIO | 279.31 | 5.25 |
| Biogen | BIIB | 213.51 | -2.62 |
| BioMarinPharm | BMRN | 83.80 | 0.47 |
| BioNTech | BNTX | 92.24 | 2.29 |
| Birkenstock | BIRK | 44.61 | 0.13 |
| BlackRock | BLK | 757.00 | 5.42 |
| Blackstone | BX | 118.99 | 1.50 |
| Block | SQ | 70.30 | 3.46 |
| BlueOwlCapital | OWL | 18.11 | -0.54 |
| Boeing | BA | 178.85 | 7.39 |
| Booking | BKNG | 3472.91 | 57.27 |
| BoozAllen | BAH | 146.70 | -0.63 |
| BorgWarner | BWA | 35.63 | 2.76 |
| BostonProps | BXP | 60.07 | 0.82 |
| BostonSci | BSX | 72.03 | -0.18 |
| ▼ BristolMyers | BMY | 43.70 | -0.51 |
| BritishAmTob | BTI | 29.80 | 0.38 |
| Broadcom | AVGO | 1238.57 | -4.29 |
| BroadridgeFinl | BR | 195.35 | 1.92 |
| BrookfieldAsset | BAM | 38.57 | 0.38 |
| Brookfield | BN | 41.65 | 0.68 |
| BrookfieldInfr | BIP | 28.44 | 0.91 |
| BrookfieldRenew | BEPC | 27.03 | 1.32 |
| Brown&Brown | BRO | 82.85 | 0.15 |
| ▼ Brown-Forman A | BF.A | 48.43 | 0.07 |
| Brown-Forman B | BF.B | 47.49 | 0.18 |
| Bruker | BRKR | 70.09 | -8.94 |
| BuildersFirst | BLDR | 188.74 | 4.35 |
| BungeGlobal | BG | 101.36 | 0.41 |
| BurlingtonStrs | BURL | 184.31 | 6.29 |
| ▲ CACI Intl | CACI | 410.96 | 3.26 |
| CAVA | CAVA | 68.20 | 0.75 |
| CBRE Group | CBRE | 86.79 | 0.52 |
| CDW | CDW | 218.41 | 3.80 |
| CF Industries | CF | 73.87 | -4.10 |
| CGI A | GIB | 102.11 | 2.75 |
| CH Robinson | CHRW | 80.93 | 8.84 |
| CME Group | CME | 207.48 | -0.59 |
| CMS Energy | CMS | 61.27 | 0.43 |
| CNA Fin | CNA | 44.58 | 0.05 |
| CNH Indl | CNHI | 11.68 | 0.35 |
| CRH | CRH | 79.55 | 2.40 |
| CSX | CSX | 33.57 | 0.37 |
| ▼ CVS Health | CVS | 55.15 | -1.16 |
| CadenceDesign | CDNS | 276.44 | 1.89 |
| ▼ CaesarsEnt | CZR | 35.14 | -1.24 |
| CamdenProperty | CPT | 100.53 | 1.98 |
| Cameco | CCJ | 48.42 | 1.50 |
| CampbellSoup | CPB | 45.89 | 0.36 |
| CIBC | CM | 47.31 | 0.43 |
| CanNtlRlwy | CNI | 121.96 | 0.95 |
| CanadianNatRscs | CNQ | 74.86 | -0.09 |
| CdnPacKC | CP | 79.56 | 1.99 |
| CapitalOne | COF | 141.81 | 0.17 |
| CardinalHealth | CAH | 102.98 | 0.81 |
| Carlisle | CSL | 395.07 | 9.89 |
| Carlyle | CG | 40.58 | -0.39 |
| CarMax | KMX | 68.04 | 0.83 |
| Carnival | CCL | 14.46 | -0.01 |
| Carnival | CUK | 13.14 | 0.04 |
| CarrierGlobal | CARR | 60.94 | 0.01 |
| ▲ Carvana | CVNA | 116.50 | 29.41 |
| CaseysGenStores | CASY | 316.58 | -2.08 |
| Catalent | CTLT | 56.34 | 0.34 |
| Caterpillar | CAT | 335.44 | 4.37 |
| Celanese | CE | 156.38 | 1.94 |
| CelsiusHldg | CELH | 74.38 | 2.04 |
| Cemex | CX | 7.82 | -0.06 |
| Cencora | COR | 224.74 | -4.46 |
| CenovusEnergy | CVE | 20.57 | 0.23 |
| Centene | CNC | 74.33 | 2.08 |
| CenterPointEner | CNP | 29.40 | 0.08 |
| CentraisElBras | EBR | 7.63 | 0.19 |
| CerevelTherap | CERE | 42.59 | -0.04 |
| CharlesRiverLabs | CRL | 229.89 | -2.80 |
| CharterComms | CHTR | 262.00 | 2.30 |
| CheckPoint | CHKP | 149.47 | 0.50 |
| Chemed | CHE | 559.65 | -6.45 |
| CheniereEnergy | LNG | 160.63 | 3.60 |
| CheniereEnerPtrs | CQP | 50.16 | 1.10 |
| ChesapeakeEner | CHK | 86.79 | 0.11 |
| Chevron | CVX | 160.73 | 1.10 |
| Chipotle | CMG | 3141.99 | 3.33 |
| ChordEnergy | CHRD | 175.29 | 1.12 |
| Chubb | CB | 250.25 | 0.32 |
| ChunghwaTel | CHT | 37.74 | -0.26 |
| Church&Dwight | CHD | 105.88 | -0.38 |
| ChurchillDowns | CHDN | 133.11 | 3.28 |
| Cigna | CI | 344.50 | -12.68 |
| CincinnatiFinl | CINF | 116.16 | -1.14 |
| Cintas | CTAS | 662.29 | -1.30 |
| CiscoSystems | CSCO | 46.79 | -0.05 |
| Citigroup | C | 61.54 | 0.19 |
| CitizensFin | CFG | 34.99 | 0.29 |
| CleanHarbors | CLH | 205.55 | 3.19 |
| Cleveland-Cliffs | CLF | 17.28 | 0.58 |
| Clorox | CLX | 139.67 | 0.04 |
| Cloudflare | NET | 88.97 | 0.93 |
| Coca-Cola | KO | 61.99 | 0.06 |
| CocaColaCon | COKE | 841.03 | 10.49 |
| Coca-ColaEuro | CCEP | 71.53 | -0.06 |
| CognizantTech | CTSH | 66.27 | 0.90 |
| Coherent | COHR | 55.36 | 1.02 |
| CoinbaseGlbl | COIN | 228.85 | 18.76 |
| ▲ ColgatePalm | CL | 92.91 | 1.01 |
| Comcast A | CMCSA | 38.36 | 0.16 |
| ComfortSystems | FIX | 307.71 | 5.77 |
| CommerceBcshrs | CBSH | 56.10 | 0.34 |
| SABESP | SBS | 15.71 | 0.08 |
| ConagraBrands | CAG | 30.85 | 0.11 |
| Confluent | CFLT | 28.17 | -0.04 |
| ConocoPhillips | COP | 122.25 | -2.09 |
| ConEd | ED | 95.25 | 0.45 |
| ConstBrands A | STZ | 254.08 | 1.14 |
| ConstellationEner | CEG | 186.18 | 1.62 |
| Cooper | COO | 89.75 | 0.09 |
| Copart | CPRT | 54.40 | -0.04 |
| Core&Main | CNM | 57.87 | 0.83 |
| CorebridgeFin | CRBG | 28.12 | 1.36 |
| Corning | GLW | 33.57 | 0.09 |
| Corpay | CPAY | 298.94 | 2.69 |
| Corteva | CTVA | 56.98 | 3.07 |
| CoStar | CSGP | 89.76 | -0.60 |
| Costco | COST | 732.44 | 10.22 |
| CoterraEnergy | CTRA | 27.16 | 0.25 |
| Coty | COTY | 11.57 | 0.28 |
| Coupang | CPNG | 22.50 | 0.29 |
| Crane | CR | 141.48 | 1.98 |
| Credicorp | BAP | 164.72 | -0.07 |
| Crocs | CROX | 126.70 | 3.15 |
| CrowdStrike | CRWD | 303.54 | 8.10 |
| CrownCastle | CCI | 96.44 | 1.21 |
| Crown Holdings | CCK | 82.37 | -0.69 |
| CubeSmart | CUBE | 41.45 | 0.65 |
| Cummins | CMI | 280.29 | -3.58 |
| ▲ Curtiss-Wright | CW | 262.93 | 5.95 |
| CyberArkSoftware | CYBR | 233.54 | -3.62 |

### D E F

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| DTE Energy | DTE | 111.91 | 0.58 |
| Danaher | DHR | 246.84 | -0.05 |
| Darden | DRI | 147.86 | -3.29 |
| Datadog | DDOG | 125.46 | -0.96 |
| ▲ DaVita | DVA | 142.24 | 2.49 |
| ▼ Dayforce | DAY | 57.73 | 0.04 |
| DeckersOutdoor | DECK | 832.63 | 13.15 |
| Deere | DE | 395.96 | 8.46 |
| DellTechC | DELL | 123.39 | 4.61 |
| ▲ DeltaAir | DAL | 51.03 | 1.01 |
| DescartesSystems | DSGX | 95.30 | 0.45 |
| DeutscheBank | DB | 16.19 | 0.02 |
| DevonEnergy | DVN | 50.34 | -0.06 |
| DexCom | DXCM | 126.65 | 0.77 |
| Diageo | DEO | 136.57 | -0.48 |
| DiamondbkEner | FANG | 197.63 | 1.62 |
| Dick's | DKS | 199.19 | 1.07 |
| DigitalRealty | DLR | 140.15 | 2.16 |
| DiscoverFinSvcs | DFS | 124.51 | 0.93 |
| Disney | DIS | 112.62 | 2.14 |
| DocuSign | DOCU | 58.76 | 1.46 |
| DolbyLab | DLB | 79.71 | 2.13 |
| DollarGeneral | DG | 137.15 | -0.43 |
| DollarTree | DLTR | 119.78 | 1.22 |
| DominionEner | D | 51.16 | 0.01 |
| Domino's | DPZ | 512.70 | -3.72 |
| Donaldson | DCI | 73.20 | 0.78 |
| DoorDash | DASH | 114.31 | -13.15 |
| Dover | DOV | 177.55 | -0.30 |
| Dow | DOW | 56.83 | -0.40 |
| DrReddy'sLab | RDY | 74.78 | 0.80 |
| DraftKings | DKNG | 43.03 | 1.21 |
| Dropbox | DBX | 23.59 | 0.10 |
| DukeEnergy | DUK | 99.31 | -0.47 |
| Duolingo | DUOL | 228.89 | 5.86 |
| DuPont | DD | 77.75 | -0.56 |
| Dynatrace | DT | 45.84 | 0.26 |
| elfBeauty | ELF | 160.53 | 2.01 |
| EMCOR | EME | 356.29 | 1.05 |
| ENI | E | 31.61 | -0.10 |
| EOG Rscs | EOG | 131.80 | 1.85 |
| EPAM Systems | EPAM | 238.18 | 3.20 |
| EQT | EQT | 39.48 | 0.82 |
| EagleMaterials | EXP | 256.93 | 4.33 |
| EastWestBncp | EWBC | 75.23 | 0.22 |
| EastGroup | EGP | 158.52 | 1.66 |
| EastmanChem | EMN | 95.92 | 1.16 |
| Eaton | ETN | 315.27 | 3.24 |
| eBay | EBAY | 49.39 | -1.67 |
| Ecolab | ECL | 226.76 | 1.78 |
| Ecopetrol | EC | 11.54 | 0.05 |
| EdisonIntl | EIX | 71.97 | 0.69 |
| EdwardsLife | EW | 85.06 | 0.76 |
| Elastic | ESTC | 106.10 | 0.35 |
| ElbitSystems | ESLT | 201.40 | 2.41 |
| ElectronicArts | EA | 128.50 | 0.32 |
| ElevanceHealth | ELV | 525.61 | 0.77 |
| EmersonElec | EMR | 106.41 | -0.04 |
| Enbridge | ENB | 36.42 | 0.83 |
| EncompassHealth | EHC | 83.42 | 0.54 |
| Endeavor | EDR | 26.49 | 0.08 |
| EnergyTransfer | ET | 15.78 | 0.30 |
| EnphaseEnergy | ENPH | 106.06 | 0.90 |
| Entegris | ENTG | 126.60 | 3.29 |
| Entergy | ETR | 107.16 | 0.18 |
| EnterpriseProd | EPD | 28.05 | 0.31 |
| Equifax | EFX | 224.50 | 3.83 |
| Equinix | EQIX | 698.70 | 3.37 |
| Equinor | EQNR | 26.99 | 0.54 |
| ▲ Equitable | EQH | 38.25 | -0.36 |
| EquityLife | ELS | 63.16 | 2.21 |
| EquityResdntl | EQR | 65.56 | 1.52 |
| ErieIndemnity | ERIE | 384.94 | 2.20 |
| EssentialUtil | WTRG | 37.68 | 0.47 |
| EssexProp | ESS | 249.80 | 4.33 |
| EsteeLauder | EL | 134.94 | 7.57 |
| ▼ Etsy | ETSY | 59.24 | -10.50 |
| EvercoreA | EVR | 186.53 | 2.45 |
| Everest | EG | 372.07 | 2.17 |
| Evergy | EVRG | 53.55 | 0.61 |
| EversourceEner | ES | 60.75 | -0.87 |
| ExactSciences | EXAS | 60.54 | 0.53 |
| Exelon | EXC | 37.89 | 0.05 |
| Expedia | EXPE | 136.09 | 2.95 |
| ExpeditorsIntl | EXPD | 113.91 | 1.92 |
| ExtraSpaceSt | EXR | 139.79 | 1.09 |
| ExxonMobil | XOM | 116.24 | 0.21 |
| F5 | FFIV | 166.07 | -0.55 |
| FMC | FMC | 60.53 | 2.76 |
| ▲ FTAI Aviation | FTAI | 75.51 | 2.31 |
| FTI Consulting | FCN | 215.25 | 2.71 |
| FactSet | FDS | 423.36 | 3.79 |
| FairIsaac | FICO | 1165.35 | 24.62 |
| Fastenal | FAST | 68.09 | -0.09 |
| FederalRealty | FRT | 104.91 | 0.63 |
| FedEx | FDX | 262.03 | 1.30 |
| Ferguson | FERG | 213.29 | 1.86 |
| Ferrari | RACE | 424.56 | 8.62 |
| FidNatlFinl | FNF | 51.01 | 0.87 |
| FidNatlInfo | FIS | 69.43 | 2.23 |
| FifthThirdBncp | FITB | 36.89 | -0.21 |
| FirstCitizBcshA | FCNCA | 1713.50 | 37.51 |
| ▲ FirstHorizon | FHN | 15.67 | 0.61 |
| FirstSolar | FSLR | 180.51 | 2.93 |
| FirstEnergy | FE | 39.09 | 0.39 |
| Fiserv | FI | 149.17 | 0.31 |
| FiveBelow | FIVE | 143.47 | 1.54 |
| Flex | FLEX | 27.42 | 1.08 |
| Floor&Decor | FND | 112.76 | 3.47 |
| FlutterEnt | FLUT | 191.58 | 1.82 |
| FomentoEconMex | FMX | 117.56 | -0.53 |
| FordMotor | F | 12.49 | 0.29 |
| Fortinet | FTNT | 65.20 | 1.67 |
| Fortis | FTS | 39.78 | 0.26 |
| Fortive | FTV | 76.10 | 0.66 |
| FortuneBrands | FBIN | 71.43 | 0.32 |
| FoxA | FOXA | 31.66 | 0.33 |
| FoxB | FOX | 29.25 | 0.38 |
| Franco-Nevada | FNV | 120.91 | -0.92 |
| FranklinRscs | BEN | 22.97 | 0.20 |
| FreeportMcM | FCX | 48.78 | -1.13 |
| FreseniusMedCare | FMS | 21.66 | 0.44 |
| FullTruck | YMM | 8.85 | 0.33 |
| ▲ Futu | FUTU | 71.71 | 7.61 |

### G H I

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| GE Aerospace | GE | 162.64 | 2.94 |
| GE HealthCare | GEHC | 77.83 | -0.43 |
| GE Vernova | GEV | 153.83 | 2.16 |
| GFLEnvironmental | GFL | 33.44 | 1.58 |
| GSK | GSK | 43.35 | 0.78 |
| Gallagher | AJG | 238.54 | -0.26 |
| Gaming&Leisure | GLPI | 43.50 | 0.37 |
| Gap | GPS | 20.79 | 0.96 |
| ▲ Garmin | GRMN | 165.33 | 1.91 |
| Gartner | IT | 419.04 | -3.35 |
| GenDigital | GEN | 19.68 | -0.27 |
| Generac | GNRC | 128.66 | 1.03 |
| GeneralDynamics | GD | 287.36 | 0.83 |
| GeneralMills | GIS | 70.65 | 0.66 |
| GeneralMotors | GM | 44.67 | 0.20 |
| Genmab | GMAB | 27.72 | -1.03 |
| Gentex | GNTX | 34.13 | 0.17 |
| GenuineParts | GPC | 156.32 | -0.45 |
| GileadSciences | GILD | 65.33 | -0.18 |
| GitLab | GTLB | 54.42 | 1.06 |
| GlobalPayments | GPN | 110.54 | 1.48 |
| GlobalFoundries | GFS | 48.28 | 1.24 |
| Globant | GLOB | 179.58 | 1.65 |
| GlobeLife | GL | 79.28 | -0.20 |
| GoDaddy | GDDY | 124.33 | 2.04 |
| GoldFields | GFI | 16.38 | -0.01 |
| ▲ GoldmanSachs | GS | 432.57 | 5.62 |
| Grab | GRAB | 3.50 | 0.01 |
| Graco | GGG | 80.91 | 0.59 |
| Grainger | GWW | 923.90 | 3.60 |
| GraphicPkg | GPK | 26.86 | 0.82 |
| GpoAeroportuar | PAC | 182.95 | 1.74 |
| GpoAeroportSur | ASR | 336.80 | -8.04 |
| Guidewire | GWRE | 113.29 | 2.49 |
| HCA Healthcare | HCA | 308.84 | -0.60 |
| HDFC Bank | HDB | 58.87 | 0.73 |
| HF Sinclair | DINO | 54.24 | 0.61 |
| HP | HPQ | 27.94 | 0.19 |
| ▲ HSBC | HSBC | 44.51 | 0.86 |
| H World | HTHT | 39.74 | 2.25 |
| Haleon | HLN | 8.32 | -0.03 |
| Halliburton | HAL | 36.70 | 0.37 |
| HartfordFinl | HIG | 97.49 | 0.27 |
| Hasbro | HAS | 61.18 | 0.84 |
| HealthpeakProp | DOC | 19.17 | 0.29 |
| ▲ Heico | HEI | 210.04 | 1.97 |
| Heico A | HEI.A | 168.01 | 1.95 |
| HenrySchein | HSIC | 68.60 | -0.18 |
| Hershey | HSY | 195.88 | 2.18 |
| Hess | HES | 158.56 | 1.79 |
| HessMidstream | HESM | 33.93 | 0.45 |
| HewlettPackard | HPE | 16.53 | 0.09 |
| Hilton | HLT | 197.53 | -0.21 |
| Hologic | HOLX | 75.91 | -0.37 |
| HomeDepot | HD | 335.53 | 3.56 |
| HondaMotor | HMC | 34.36 | 0.54 |
| Honeywell | HON | 193.64 | -1.66 |
| HormelFoods | HRL | 35.42 | 0.17 |
| DR Horton | DHI | 145.46 | 2.98 |
| HostHotels | HST | 18.45 | -0.39 |
| HoulihanLokey | HLI | 130.55 | 3.21 |
| ▲ HowmetAerospace | HWM | 77.10 | 10.32 |
| Hubbell | HUBB | 372.94 | -0.36 |
| HubSpot | HUBS | 590.89 | -15.20 |
| Humana | HUM | 320.98 | 6.77 |
| JBHunt | JBHT | 164.57 | 1.05 |
| HuntingtonBcshs | HBAN | 13.67 | 0.02 |
| HuntingIngalls | HII | 245.19 | -31.87 |
| HyattHotels | H | 151.68 | 2.67 |
| ICICI Bank | IBN | 27.57 | 0.02 |
| IdexxLab | IDXX | 475.82 | 7.78 |
| ING Groep | ING | 17.05 | 1.12 |
| IQVIA | IQV | 222.14 | -10.80 |
| ITT | ITT | 124.49 | -4.79 |
| IcahnEnterprises | IEP | 17.34 | -0.06 |
| Icon | ICLR | 301.07 | -0.54 |
| IDEX | IEX | 220.63 | -0.75 |
| IllinoisToolWks | ITW | 242.04 | -0.23 |
| Illumina | ILMN | 123.99 | -0.69 |
| ImperialOil | IMO | 68.07 | 0.68 |
| Incyte | INCY | 53.09 | 0.15 |
| Informatica | INFA | 30.32 | -0.53 |
| Infosys | INFY | 16.87 | 0.10 |
| IngersollRand | IR | 92.85 | -0.15 |
| Ingredion | INGR | 115.25 | 0.95 |
| InspireMedical | INSP | 251.19 | 7.19 |
| Insulet | PODD | 173.42 | 3.15 |
| Intel | INTC | 30.51 | 0.14 |
| ▲ InteractiveBrkrs | IBKR | 119.80 | 2.90 |
| ICE | ICE | 126.54 | -2.14 |
| InterContinentl | IHG | 99.34 | 0.49 |
| IBM | IBM | 164.69 | 0.26 |
| IntlFlavors | IFF | 86.81 | 2.82 |
| IntlPaper | IP | 35.81 | 0.53 |
| Interpublic | IPG | 30.53 | 0.03 |
| Intra-Cellular | ITCI | 70.34 | -2.39 |
| Intuit | INTU | 614.04 | -1.16 |
| IntuitiveSurgical | ISRG | 377.65 | 5.95 |
| InvitatHomes | INVH | 34.50 | 0.42 |
| IronMountain | IRM | 77.00 | -1.10 |
| ItauUnibanco | ITUB | 6.25 | 0.15 |

### J K L

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| JD.com | JD | 32.64 | 3.37 |
| JPMorganChase | JPM | 191.66 | -0.20 |
| Jabil | JBL | 115.26 | 0.88 |
| JackHenry | JKHY | 162.51 | -0.01 |
| JacobsSolns | J | 144.93 | 1.74 |
| JamesHardie | JHX | 35.10 | 0.44 |
| JefferiesFinl | JEF | 43.91 | 0.69 |
| J&J | JNJ | 149.92 | -1.26 |
| JohnsonControls | JCI | 60.75 | 0.28 |
| JonesLang | JLL | 183.99 | 3.58 |
| JuniperNetworks | JNPR | 34.65 | -0.24 |
| KB Financial | KB | 52.68 | -1.00 |
| ▲ KBR | KBR | 66.51 | 0.95 |
| KE Holdings | BEKE | 16.84 | 1.89 |
| KKR | KKR | 97.13 | 2.01 |
| KLA | KLAC | 682.05 | 16.01 |
| Kanzhun | BZ | 20.28 | 0.75 |
| Kaspi.kz | KSPI | 116.53 | 1.07 |
| Kellanova | K | 61.28 | 4.30 |
| Kenvue | KVUE | 19.12 | 0.27 |
| KeurigDrPepper | KDP | 33.56 | 0.22 |
| KeyCorp | KEY | 14.87 | 0.16 |
| KeysightTech | KEYS | 146.99 | 2.04 |
| KimberlyClark | KMB | 136.50 | 0.03 |
| KimcoRealty | KIM | 18.96 | 0.46 |
| KinderMorgan | KMI | 18.46 | 0.23 |
| KinrossGold | KGC | 6.55 | 0.05 |
| KinsaleCapital | KNSL | 373.11 | -5.50 |
| Knight-Swift | KNX | 47.07 | 0.17 |
| Philips | PHG | 26.56 | -0.20 |
| KoreaElecPwr | KEP | 7.86 | 0.18 |
| KraftHeinz | KHC | 36.72 | 0.44 |
| Kroger | KR | 55.09 | 0.32 |
| LKQ | LKQ | 43.34 | 0.21 |
| LPL Financial | LPLA | 269.47 | 3.98 |
| L3HarrisTech | LHX | 211.34 | -0.41 |
| LabCorp.ofAmerica | LH | 200.25 | -1.07 |
| LamResearch | LRCX | 883.68 | 15.58 |
| LamarAdv | LAMR | 118.68 | 1.18 |
| LambWeston | LW | 84.48 | 2.62 |
| LasVegasSands | LVS | 46.65 | 2.11 |
| LatticeSemi | LSCC | 69.86 | 2.67 |
| LegendBiotech | LEGN | 45.93 | 1.95 |
| ▲ Leidos | LDOS | 142.66 | 0.47 |
| Lennar A | LEN | 155.21 | 2.74 |
| Lennar B | LEN.B | 143.51 | 1.85 |
| LennoxIntl | LII | 455.79 | 0.64 |
| LeviStrauss | LEVI | 21.92 | 0.76 |
| LiAuto | LI | 28.98 | 2.63 |
| LibertyBroadbandC | LBRDK | 51.45 | 0.53 |
| LibertyBroadbandA | LBRDA | 51.63 | 0.31 |
| LibertyLiveC | LLYVK | 37.08 | -0.08 |
| LibertyLiveA | LLYVA | 35.74 | 0.02 |
| LibertyFormOne A | FWONA | 63.12 | 0.11 |
| LibertyFormOne C | FWONK | 70.88 | 0.55 |
| LibertySirius C | LSXMK | 24.78 | 0.14 |
| LibertySirius A | LSXMA | 24.77 | 0.14 |
| Light&Wonder | LNW | 91.20 | 1.20 |
| EliLilly | LLY | 755.91 | -20.84 |
| LincolnElectric | LECO | 222.56 | 3.23 |
| Linde | LIN | 419.62 | -23.00 |
| LiveNationEnt | LYV | 88.27 | -1.01 |
| LloydsBanking | LYG | 2.58 | 0.01 |
| LockheedMartin | LMT | 463.20 | 1.47 |
| Loews | L | 76.53 | 0.25 |
| LogitechIntl | LOGI | 81.77 | 2.76 |
| Lowe's | LOW | 229.58 | 2.06 |
| lululemon | LULU | 350.80 | -3.60 |
| LyondellBasell | LYB | 98.78 | -0.74 |

### M N

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Macom Tech | MTSI | 98.98 | -0.14 |
| M&T Bank | MTB | 146.27 | 0.14 |
| MGM Resorts | MGM | 40.87 | 1.12 |
| MinisoGroup | MNSO | 24.20 | 2.00 |
| MKS Instrum | MKSI | 117.98 | 2.84 |
| MPLX | MPLX | 41.10 | 0.36 |
| MSA Safety | MSA | 185.32 | 2.50 |
| MSCI | MSCI | 467.70 | -2.33 |
| MagnaIntl | MGA | 48.42 | 0.78 |
| MakeMyTrip | MMYT | 70.47 | 2.95 |
| ManhattanAssoc | MANH | 208.84 | 1.07 |
| ManulifeFinl | MFC | 23.70 | 0.13 |
| Maplebear | CART | 35.61 | 0.15 |
| MarathonOil | MRO | 26.09 | -0.01 |
| MarathonPetrol | MPC | 182.95 | 3.98 |
| ▲ Markel | MKL | 1576.55 | 100.21 |
| MarketAxess | MKTX | 209.12 | 2.88 |
| Marriott | MAR | 235.56 | 1.70 |
| Marsh&McLen | MMC | 199.36 | -0.41 |
| MartinMarietta | MLM | 589.96 | -0.90 |
| MarvellTech | MRVL | 66.67 | 2.85 |
| Masco | MAS | 68.98 | 0.40 |
| Masimo | MASI | 136.25 | 2.24 |
| Mastercard | MA | 441.10 | -0.97 |
| MatadorRscs | MTDR | 62.11 | 1.03 |
| MatchGroup | MTCH | 31.29 | 0.11 |
| McCormickVtg | MKC.V | 75.86 | 0.55 |
| McCormick | MKC | 75.14 | 0.59 |
| McDonald's | MCD | 273.28 | -1.15 |
| McKesson | MCK | 530.27 | -0.83 |
| Medpace | MEDP | 391.07 | -6.79 |
| Medtronic | MDT | 80.92 | 0.03 |
| MercadoLibre | MELI | 1505.99 | 49.48 |
| Merck | MRK | 128.26 | -0.54 |
| MetaPlatforms | META | 441.68 | 2.49 |
| MetLife | MET | 70.24 | -1.64 |
| Mettler-Toledo | MTD | 1249.88 | 0.13 |
| MicrochipTech | MCHP | 89.46 | 0.67 |
| MicronTech | MU | 112.33 | 2.63 |
| Microsoft | MSFT | 397.84 | 2.90 |
| MicroStrategy | MSTR | 1129.42 | 101.15 |
| MidAmApt | MAA | 131.68 | 1.06 |
| Middleby | MIDD | 138.87 | 1.36 |
| MitsubishiUFJ | MUFG | 10.02 | 0.11 |
| MizuhoFin | MFG | 3.91 | 0.06 |
| Mobileye | MBLY | 30.50 | 1.63 |
| Moderna | MRNA | 125.59 | 14.13 |
| MohawkInds | MHK | 115.62 | 0.75 |
| MolinaHealthcare | MOH | 339.55 | 0.68 |
| MolsonCoorsB | TAP | 57.80 | 0.72 |
| monday.com | MNDY | 186.93 | -3.02 |
| Mondelez | MDLZ | 70.50 | -0.19 |
| MongoDB | MDB | 363.17 | -10.16 |
| MonolithicPower | MPWR | 712.89 | 60.30 |
| MonsterBev | MNST | 53.39 | -0.15 |
| Moody's | MCO | 376.40 | 3.51 |
| MorganStanley | MS | 92.65 | 1.11 |
| Morningstar | MORN | 290.98 | 3.64 |
| ▼ Mosaic | MOS | 28.41 | -1.52 |
| MotorolaSol | MSI | 336.24 | 0.24 |
| MurphyUSA | MUSA | 396.36 | -15.44 |
| NICE | NICE | 219.52 | -1.42 |
| NIO | NIO | 5.59 | 0.32 |
| NNN REIT | NNN | 41.58 | 0.89 |
| NOV | NOV | 18.56 | 0.18 |
| NRG Energy | NRG | 75.13 | 1.47 |
| NVR | NVR | 7479.01 | 22.01 |
| NXP Semicon | NXPI | 254.26 | 4.83 |
| Nasdaq | NDAQ | 60.07 | 0.19 |
| Natera | NTRA | 93.72 | -0.43 |
| NationalGrid | NGG | 67.61 | 0.49 |
| NatWest | NWG | 7.74 | -0.02 |
| NetApp | NTAP | 102.12 | 1.13 |
| NetEase | NTES | 98.95 | 4.93 |
| Netflix | NFLX | 565.15 | 13.44 |
| Netstreit | NTST | 17.09 | 0.09 |
| Neurocrine | NBIX | 139.83 | -3.20 |
| NewOrientalEduc | EDU | 80.89 | 2.50 |
| NYTimes A | NYT | 44.45 | 1.12 |
| Newmont | NEM | 41.05 | 0.47 |
| NewsCorp B | NWS | 24.78 | 0.24 |
| NewsCorp A | NWSA | 24.00 | 0.16 |
| NextEraEnergy | NEE | 68.85 | 0.24 |
| Nike | NKE | 92.41 | 2.07 |
| NiSource | NI | 28.50 | 0.40 |
| Nokia | NOK | 3.67 | 0.02 |
| Nomura | NMR | 5.74 | 0.17 |
| Nordson | NDSN | 262.80 | 1.85 |
| NorfolkSouthern | NSC | 233.80 | 4.57 |
| NorthernTrust | NTRS | 83.50 | 0.45 |
| NorthropGrum | NOC | 475.00 | -11.37 |
| Novartis | NVS | 97.34 | -0.16 |
| NovoNordisk | NVO | 124.02 | -5.19 |
| NuHoldings | NU | 10.96 | 0.08 |
| Nucor | NUE | 170.52 | 1.85 |
| Nutanix | NTNX | 62.19 | 1.08 |
| Nutrien | NTR | 52.62 | 0.15 |
| nVentElectric | NVT | 71.90 | 0.83 |
| NVIDIA | NVDA | 858.17 | 27.76 |

### O P Q

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| ONEOK | OKE | 76.95 | 0.03 |
| ON Semi | ON | 70.01 | 1.00 |
| OReillyAuto | ORLY | 1006.23 | 1.12 |
| OccidentalPetrol | OXY | 64.66 | 0.21 |
| Okta | OKTA | 95.48 | 2.14 |
| OldDomFreight | ODFL | 183.40 | 0.91 |
| OldRepublic | ORI | 30.64 | 0.36 |
| OmegaHealthcare | OHI | 31.27 | 0.58 |
| Omnicom | OMC | 92.63 | -1.02 |
| OnHolding | ONON | 32.74 | 1.45 |
| OntoInnovation | ONTO | 195.71 | 10.48 |
| OpenText | OTEX | 35.47 | 0.12 |
| Oracle | ORCL | 114.96 | 0.33 |
| Orange | ORAN | 11.09 | 0.04 |
| Orix | IX | 103.61 | 2.36 |
| Oshkosh | OSK | 113.36 | 0.59 |
| OtisWorldwide | OTIS | 91.77 | 0.34 |
| Ovintiv | OVV | 51.07 | 0.34 |
| OwensCorning | OC | 173.14 | 5.06 |
| PDD | PDD | 137.54 | 13.05 |
| PG&E | PCG | 17.53 | 0.12 |
| PNC Finl | PNC | 155.68 | 1.70 |
| POSCO | PKX | 73.17 | 1.13 |
| PPG Ind | PPG | 132.25 | 1.30 |
| PPL | PPL | 27.92 | -0.08 |
| PTC | PTC | 170.60 | -4.36 |
| Paccar | PCAR | 106.46 | 0.12 |
| PackagingCpAm | PKG | 175.34 | 1.14 |
| PalantirTech | PLTR | 22.55 | 0.43 |
| PaloAltoNtwks | PANW | 295.32 | 7.98 |
| ▲ ParamountA | PARAA | 26.10 | 4.64 |
| ParamountB | PARA | 13.86 | 1.60 |
| ParkerHannifin | PH | 530.68 | -12.28 |
| Parsons | PSN | 77.30 | -0.33 |
| Paychex | PAYX | 118.45 | -0.96 |
| PaycomSoftware | PAYC | 166.72 | -19.52 |
| Paylocity | PCTY | 149.60 | 0.36 |
| PayPal | PYPL | 66.98 | 0.84 |
| Pearson | PSO | 12.27 | 0.20 |
| PembinaPipeline | PBA | 35.38 | 0.68 |
| PenskeAuto | PAG | 152.50 | 0.52 |
| Pentair | PNR | 78.85 | -0.22 |
| Penumbra | PEN | 206.06 | 0.77 |
| PepsiCo | PEP | 175.45 | 0.30 |
| PerformanceFood | PFGC | 68.49 | 0.06 |
| PermianRscs | PR | 16.72 | 0.28 |
| PetroleoBrasil | PBR | 17.34 | 0.40 |
| PetroleoBrasilA | PBR.A | 16.42 | 0.40 |
| Pfizer | PFE | 27.70 | 0.52 |
| PhilipMorris | PM | 97.31 | 1.26 |
| Phillips66 | PSX | 143.87 | 3.66 |
| Pilgrim'sPride | PPC | 35.95 | 0.56 |
| PinnacleWest | PNW | 75.04 | 0.10 |
| Pinterest | PINS | 40.50 | 0.02 |
| PioneerNatRscs | PXD | 269.62 | 1.96 |
| PlainsAllAmPipe | PAA | 17.23 | 0.30 |
| PlainsGP | PAGP | 18.06 | 0.28 |
| Pool | POOL | 360.11 | 0.61 |
| Primerica | PRI | 219.34 | 3.83 |
| PrincipalFinl | PFG | 80.48 | 0.63 |
| ProcoreTech | PCOR | 69.23 | 0.99 |
| ▲ Procter&Gamble | PG | 163.84 | 0.44 |
| Progressive | PGR | 209.03 | -2.77 |
| Prologis | PLD | 104.53 | 2.65 |
| PrudentialFinl | PRU | 111.29 | -1.01 |
| Prudential | PUK | 18.58 | 0.79 |
| PublicServiceEnt | PEG | 70.02 | 0.21 |
| PublicStorage | PSA | 263.93 | 3.78 |
| PulteGroup | PHM | 113.85 | 2.03 |
| PureStorage | PSTG | 51.43 | 1.30 |
| Qiagen | QGEN | 42.68 | -0.13 |
| Qorvo | QRVO | 95.67 | -16.22 |
| ▲ Qualcomm | QCOM | 180.10 | 15.99 |
| QuantaServices | PWR | 255.00 | -1.01 |
| QuestDiag | DGX | 136.34 | -1.21 |

### R S

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| RBC Bearings | RBC | 251.18 | 2.95 |
| RB Global | RBA | 71.19 | -0.18 |
| RELX | RELX | 41.21 | 0.51 |
| RPM | RPM | 108.33 | 0.90 |
| RTX | RTX | 101.89 | 0.67 |
| RalphLauren | RL | 164.92 | 1.30 |
| RangeResources | RRC | 34.99 | 0.44 |
| RaymondJames | RJF | 123.97 | 1.42 |
| RealtyIncome | O | 54.91 | 0.99 |
| Reddit | RDDT | 47.70 | 1.82 |
| RegalRexnord | RRX | 162.54 | 2.33 |
| RegencyCtrs | REG | 60.02 | 0.91 |
| RegenPharm | REGN | 937.61 | 34.13 |
| RegionsFinl | RF | 19.64 | 0.07 |
| ReinsGrp | RGA | 191.18 | 0.26 |
| Reliance | RS | 290.72 | 4.41 |
| RenaissanceRe | RNR | 218.56 | 0.24 |
| RentokilInit | RTO | 25.61 | 0.09 |
| Repligen | RGEN | 166.31 | 7.95 |
| RepublicSvcs | RSG | 186.44 | 0.44 |
| ResMed | RMD | 218.15 | 3.14 |
| RestaurantBrands | QSR | 74.21 | 0.99 |
| Revvity | RVTY | 101.08 | -1.52 |
| RexfordIndlRealty | REXR | 43.48 | 1.09 |
| RioTinto | RIO | 68.28 | 0.78 |
| Rivian | RIVN | 9.83 | 0.62 |
| RobertHalf | RHI | 69.58 | 0.33 |
| Robinhood | HOOD | 17.61 | 0.96 |
| Roblox | RBLX | 37.34 | 0.76 |
| RocketCos. | RKT | 12.73 | 0.37 |
| Rockwell | ROK | 270.04 | 0.29 |
| RogersComm B | RCI | 37.91 | 0.47 |
| RoivantSciences | ROIV | 11.24 | 0.03 |
| Roku | ROKU | 59.95 | 0.81 |
| Rollins | ROL | 44.74 | 0.06 |
| RoperTech | ROP | 510.82 | -3.94 |
| RossStores | ROST | 127.68 | -0.14 |
| RoyalBkCanada | RY | 99.22 | 1.84 |
| RoyalCaribbean | RCL | 137.38 | -0.14 |
| RoyalGold | RGLD | 121.55 | 0.70 |
| RoyaltyPharma | RPRX | 28.76 | 0.69 |
| RyanSpecialty | RYAN | 52.95 | 0.53 |
| Ryanair | RYAAY | 139.79 | 3.20 |
| SAP | SAP | 180.64 | 0.57 |
| S&P Global | SPGI | 416.96 | 0.76 |
| SBA Comm | SBAC | 193.87 | 4.75 |
| SEI Investments | SEIC | 66.57 | 0.36 |
| SK Telecom | SKM | 20.65 | 0.21 |
| SS&C Tech | SSNC | 61.52 | 0.30 |
| Saia | SAIA | 405.95 | 9.95 |
| Salesforce | CRM | 272.13 | 3.44 |
| Samsara | IOT | 36.82 | 1.57 |
| Sanofi | SNY | 49.46 | -0.57 |
| SareptaTherap | SRPT | 130.63 | -0.27 |
| Schlumberger | SLB | 47.58 | 0.42 |
| SchwabC | SCHW | 75.33 | 0.76 |
| Sea | SE | 63.98 | 1.26 |
| Seagate | STX | 86.29 | 0.48 |
| Sempra | SRE | 72.87 | 0.92 |
| ServiceIntl | SCI | 69.60 | -1.80 |
| ServiceNow | NOW | 695.72 | 10.11 |
| ▲ SharkNinja | SN | 65.12 | 1.00 |
| Shell | SHEL | 72.11 | 1.16 |
| SherwinWilliams | SHW | 304.46 | 1.12 |
| ShinhanFin | SHG | 33.62 | -0.10 |
| ShockwaveMed | SWAV | 330.00 | 0.16 |
| Shopify | SHOP | 72.00 | 1.60 |
| SimonProperty | SPG | 141.36 | 1.18 |
| SimpsonMfg | SSD | 178.21 | 2.37 |
| SiriusXM | SIRI | 3.05 | ... |
| SkechersUSA | SKX | 66.07 | 0.61 |
| Skyworks | SWKS | 89.72 | -0.58 |
| SmithAO | AOS | 83.55 | 0.76 |
| Smith&Nephew | SNN | 24.44 | 0.30 |
| Smucker | SJM | 112.85 | -0.75 |
| Snap | SNAP | 16.30 | 0.44 |
| Snap-On | SNA | 266.87 | -0.87 |
| Snowflake | SNOW | 157.77 | 1.63 |
| SOQUIMICH | SQM | 46.70 | 0.87 |
| SoFiTech | SOFI | 6.99 | 0.07 |
| Solventum | SOLV | 65.14 | -0.01 |
| Sony | SONY | 84.08 | 1.19 |
| ▲ Southern | SO | 75.33 | 0.81 |
| SoCopper | SCCO | 113.02 | -2.15 |
| SouthwestAir | LUV | 26.41 | 0.74 |
| SouthwesternEner | SWN | 7.22 | ... |
| Spotify | SPOT | 294.17 | 9.63 |
| StanleyBlackDck | SWK | 84.99 | -6.91 |
| Stantec | STN | 83.67 | 3.25 |
| Starbucks | SBUX | 74.93 | 0.49 |
| StateStreet | STT | 73.20 | 0.09 |
| SteelDynamics | STLD | 130.79 | 1.14 |
| Stellantis | STLA | 21.55 | -0.93 |
| Steris | STE | 206.24 | 1.20 |
| Stevanato | STVN | 26.81 | -1.42 |
| StifelFinancial | SF | 80.83 | 0.98 |
| STMicroelec | STM | 39.18 | 0.44 |
| Stryker | SYK | 326.63 | -1.49 |
| SumitomoMits | SMFG | 11.44 | 0.08 |
| SunComms | SUI | 116.64 | 3.86 |
| SunLifeFinancial | SLF | 52.06 | 0.57 |
| SuncorEnergy | SU | 38.05 | 0.40 |
| SuperMicroComp | SMCI | 762.52 | 24.22 |
| Suzano | SUZ | 11.52 | 0.25 |
| SynchronyFinl | SYF | 45.25 | 1.29 |
| Synopsys | SNPS | 523.38 | 1.20 |
| Sysco | SYY | 74.25 | 1.20 |

### T U V

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| TAL Education | TAL | 12.80 | 0.92 |
| TC Energy | TRP | 36.41 | 0.68 |
| TD Synnex | SNX | 116.42 | 1.22 |
| TE Connectivity | TEL | 140.01 | 0.56 |
| Telus | TU | 16.37 | 0.14 |
| Ternium | TX | 40.51 | ... |
| TFI Intl | TFII | 132.38 | 2.63 |
| TIM | TIMB | 17.69 | 0.57 |
| TJX | TJX | 94.91 | 1.09 |
| TKO | TKO | 95.33 | -0.38 |
| T-MobileUS | TMUS | 164.91 | -0.56 |
| TPG | TPG | 43.63 | -0.18 |
| T.RowePrice | TROW | 111.16 | 0.86 |
| TaiwanSemi | TSM | 136.23 | 1.29 |
| TakeTwoSoftware | TTWO | 143.07 | 0.33 |
| TakedaPharm | TAK | 13.27 | 0.08 |
| Tapestry | TPR | 38.79 | -0.70 |
| TargaResources | TRGP | 112.99 | 0.58 |
| Target | TGT | 158.12 | 1.69 |
| TechnipFMC | FTI | 25.93 | 0.57 |
| TeckResourcesB | TECK | 48.45 | 0.04 |
| TeledyneTech | TDY | 385.60 | 2.57 |
| Teleflex | TFX | 198.73 | -12.81 |
| Ericsson | ERIC | 5.15 | 0.07 |
| TelefonicaBras | VIV | 9.64 | 0.33 |
| Telefonica | TEF | 4.50 | 0.06 |
| TelekmIndonesia | TLK | 19.35 | -0.10 |
| TempurSealy | TPX | 50.42 | 0.41 |
| Tenaris | TS | 33.50 | 0.26 |
| ▲ TencentMusic | TME | 13.05 | 0.66 |
| TenetHealthcare | THC | 118.94 | 2.99 |
| Teradyne | TER | 117.39 | 3.65 |
| Tesla | TSLA | 180.01 | 0.02 |
| ▲ TetraTech | TTEK | 204.26 | 11.77 |
| TevaPharm | TEVA | 14.08 | 0.10 |
| TexasInstruments | TXN | 175.80 | 0.60 |
| TexasPacLand | TPL | 558.56 | -0.13 |
| TexasRoadhouse | TXRH | 157.90 | 0.84 |
| Textron | TXT | 85.37 | 0.60 |
| ThermoFisher | TMO | 571.25 | -3.74 |
| ▲ ThomsonReuters | TRI | 162.96 | 11.48 |
| 3M | MMM | 96.81 | -1.63 |
| Toast | TOST | 23.38 | 0.38 |
| TollBros | TOL | 121.24 | 1.72 |
| TopBuild | BLD | 408.88 | 0.84 |
| Toro | TTC | 87.74 | 0.51 |
| TorontoDomBk | TD | 58.08 | -0.61 |
| TotalEnergies | TTE | 71.40 | -0.28 |
| ToyotaMotor | TM | 230.80 | 3.97 |
| TractorSupply | TSCO | 266.70 | -4.47 |
| TradeDesk | TTD | 88.12 | 2.71 |
| Tradeweb | TW | 105.50 | 1.61 |
| TraneTech | TT | 316.79 | 1.81 |
| ▲ TransDigm | TDG | 1271.78 | 22.46 |
| TransUnion | TRU | 74.69 | 0.08 |
| Travelers | TRV | 214.37 | 1.22 |
| Trex | TREX | 90.07 | 0.93 |
| Trimble | TRMB | 60.09 | 1.50 |
| Trip.com | TCOM | 50.94 | 2.20 |
| TruistFinl | TFC | 38.35 | 0.30 |
| Twilio | TWLO | 61.52 | 0.57 |
| TylerTech | TYL | 464.46 | 5.93 |
| TysonFoods | TSN | 60.95 | 0.66 |
| UBS Group | UBS | 26.82 | 0.63 |
| UDR | UDR | 37.57 | 0.08 |
| U-Haul | UHAL | 65.36 | 1.12 |
| U-Haul N | UHAL/B | 63.23 | 1.10 |
| US Foods | USFD | 51.00 | 0.32 |
| UWM | UWMC | 6.75 | 0.36 |
| Uber | UBER | 68.57 | 0.78 |
| UiPath | PATH | 19.30 | 0.06 |
| UltaBeauty | ULTA | 397.33 | -4.78 |
| Unilever | UL | 52.02 | 0.15 |
| UnionPacific | UNP | 237.69 | 2.73 |
| UnitedAirlines | UAL | 51.68 | 1.01 |
| UnitedMicro | UMC | 7.84 | 0.29 |
| UPS B | UPS | 147.22 | 1.30 |
| UnitedRentals | URI | 664.57 | 10.81 |
| US Bancorp | USB | 40.97 | -0.08 |
| US Steel | X | 37.05 | 0.07 |
| UnitedTherap | UTHR | 258.13 | 2.99 |
| UnitedHealth | UNH | 492.97 | 8.86 |
| UnitySoftware | U | 24.16 | -0.39 |
| UnivDisplay | OLED | 156.32 | 3.66 |
| UniversalHealthB | UHS | 169.89 | -0.30 |
| UnumGroup | UNM | 51.69 | -0.18 |
| VICI Prop | VICI | 28.80 | -0.10 |
| VailResorts | MTN | 193.50 | 2.33 |
| Vale | VALE | 12.52 | 0.32 |
| ValeroEnergy | VLO | 157.34 | 1.68 |
| VeevaSystems | VEEV | 201.43 | 2.53 |
| Ventas | VTR | 46.22 | 2.41 |
| Veralto | VLTO | 93.85 | -0.53 |
| ▼ VeriSign | VRSN | 168.34 | -2.74 |
| VeriskAnalytics | VRSK | 233.76 | 0.95 |
| Verizon | VZ | 38.93 | -0.27 |
| VertexPharm | VRTX | 400.16 | -1.98 |
| Vertiv | VRT | 92.17 | 3.65 |
| Viatris | VTRS | 11.60 | -0.03 |
| ▲ Viking | VIK | 26.99 | 0.89 |
| VikingTherap | VKTX | 75.76 | -0.67 |
| Vipshop | VIPS | 16.06 | 1.08 |
| Visa | V | 267.61 | 0.29 |
| ▲ Vistra | VST | 79.87 | 3.01 |
| Vodafone | VOD | 8.53 | 0.12 |
| VoyaFinancial | VOYA | 70.10 | -0.45 |
| VulcanMatls | VMC | 264.41 | 4.68 |

### W X Y Z

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| WEC Energy | WEC | 83.08 | 0.49 |
| WEX | WEX | 210.77 | 1.36 |
| W.P.Carey | WPC | 55.92 | 1.29 |
| WPP | WPP | 50.52 | 0.28 |
| Wabtec | WAB | 161.88 | 1.34 |
| WalgreensBoots | WBA | 17.53 | 0.19 |
| Walmart | WMT | 59.71 | 0.86 |
| WarnerBrosA | WBD | 7.95 | 0.33 |
| WarnerMusic | WMG | 33.22 | -0.21 |
| WasteConnections | WCN | 163.36 | 1.30 |
| WasteMgt | WM | 207.16 | 0.40 |
| Waters | WAT | 315.58 | -0.34 |
| ▲ Watsco | WSO | 456.08 | 5.37 |
| WeatherfordIntl | WFRD | 122.27 | 3.42 |
| WebsterFin | WBS | 44.80 | 0.42 |
| WellsFargo | WFC | 59.83 | 0.31 |
| Welltower | WELL | 96.08 | 1.72 |
| WescoIntl | WCC | 165.08 | 10.68 |
| WestPharmSvcs | WST | 368.46 | 5.03 |
| WesternDigital | WDC | 69.72 | -0.79 |
| WesternMidstrm | WES | 35.03 | 0.69 |
| Westlake | WLK | 149.51 | 0.33 |
| ▲ WestRock | WRK | 51.11 | 3.21 |
| Weyerhaeuser | WY | 31.01 | 0.81 |
| WheatonPrecMtls | WPM | 53.03 | 0.06 |
| Williams | WMB | 38.54 | 0.65 |
| Williams-Sonoma | WSM | 292.24 | 8.63 |
| WillisTowers | WTW | 252.49 | -2.21 |
| Wingstop | WING | 381.54 | -2.44 |
| Wipro | WIT | 5.37 | -0.01 |
| WoodsideEnergy | WDS | 17.71 | 0.24 |
| Woodward | WWD | 167.99 | 2.13 |
| WooriFinl | WF | 31.03 | -0.06 |
| Workday | WDAY | 250.85 | 5.89 |
| WynnResorts | WYNN | 95.27 | 2.54 |
| XP | XP | 21.13 | 0.57 |
| XPO | XPO | 108.92 | 2.54 |
| XcelEnergy | XEL | 53.79 | 0.01 |
| XPeng | XPEV | 9.40 | 1.28 |
| ▲ Xylem | XYL | 135.99 | 5.03 |
| ▲ YPF | YPF | 22.36 | 0.28 |
| Yum!Brands | YUM | 135.07 | -0.26 |
| YumChina | YUMC | 37.36 | 1.44 |
| ZTO Express | ZTO | 21.62 | 0.55 |
| ZebraTech | ZBRA | 312.71 | 3.66 |
| Zillow C | Z | 39.84 | -2.05 |
| Zillow A | ZG | 39.19 | -2.25 |
| ZimmerBiomet | ZBH | 118.46 | -1.10 |
| Zoetis | ZTS | 167.23 | 8.73 |
| ZoomVideo | ZM | 62.83 | 1.22 |
| Zscaler | ZS | 176.37 | 4.06 |

## Dividend Changes

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| American Water Works | AWK | 2.4 | .765 /.7075 | Q | Jun03 /May14 |
| Broadstone Net Lease | BNL | 7.6 | .29 /.285 | Q | Jul15 /Jun28 |
| FactSet Research Systems | FDS | 1.0 | 1.04 /.98 | Q | Jun20 /May31 |
| Haverty Furniture | HVT | 4.2 | .32 /.30 | Q | Jun14 /May24 |
| Haverty Furniture A | HVT.A | 3.9 | .30 /.28 | Q | Jun14 /May24 |
| KKR | KKR | 0.7 | .175 /.165 | Q | May28 /May13 |
| National Bank Holdings | NBHC | 3.2 | .28 /.27 | Q | Jun14 /May31 |
| Paccar | PCAR | 1.1 | .30 /.27 | Q | Jun05 /May15 |
| Paychex | PAYX | 3.3 | .98 /.89 | Q | May30 /May10 |
| PepsiCo | PEP | 3.1 | 1.355 /1.265 | Q | Jun28 /Jun07 |
| **Reduced** | | | | | |
| NY Community Bancorp | NYCB | 1.2 | .01 /.05 | Q | Jun17 /Jun07 |
| **Stocks** | | | | | |
| AEterna Zentaris | AEZS | | 1:4 | | /May03 |
| Yield10 Bioscience | YTEN | | 1:24 | | /May03 |
| **Foreign** | | | | | |
| Barrick Gold | GOLD | 2.4 | .10 | Q | Jun17 /May31 |
| Cenovus Energy | CVE | 1.6 | .131 | M | Jun28 /Jun14 |
| Cenovus Energy | CVE | 1.6 | .09806 | M | May31 /May17 |
| Energ Gerais-Cemig ADR C | CIG.C | 7.5 | .04723 | | May02 / |
| Gildan Activewear | GIL | 2.4 | .205 | Q | Jun17 /May23 |
| GSK ADR | GSK | 3.2 | .37619 | Q | Jul11 /May17 |
| HDFC Bank ADR | HDB | 1.0 | .70083 | A | May08 /May09 |
| Nomad Foods | NOMD | 3.3 | .15 | Q | May28 /May09 |
| Perrigo | PRGO | 3.3 | .276 | Q | Jun18 /May31 |
| Vermilion Energy | VET | 2.2 | .0872 | Q | Jul15 /Jun28 |
| **Special** | | | | | |
| Devon Energy | DVN | 4.8 | .13 | | May28 /May14 |
| Mexco Energy | MXC | 0.8 | .10 | | Jun04 /May21 |
| Viper Energy | VNOM | 2.9 | .32 | | May22 /May15 |

Note: Dividend yields as of 3:30 p.m. ET

Sources: FactSet; Dow Jones Market Data

**KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.**

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No. 3:18-cv-06245-TLT |
| This Document Relates To: ALL ACTIONS. | CLASS ACTION |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED ALPHABET, INC. ("ALPHABET") CLASS A AND/OR CLASS C STOCK DURING THE PERIOD FROM APRIL 23, 2018, THROUGH APRIL 30, 2019, INCLUSIVE ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 24, 2024, at 2:00 p.m., before the Honorable Trina L. Thompson at the United States District Court, Northern District of California, Phillip Burton Federal Building & United States Courthouse, Courtroom 9 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation") for $350,000,000.00 should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice")), which is discussed below and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR ACQUIRED ALPHABET CLASS A AND/OR CLASS C STOCK FROM APRIL 23, 2018, THROUGH APRIL 30, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim by mail **(postmarked no later than July 25, 2024)** or electronically **(no later than July 25, 2024)**. Your failure to submit your Proof of Claim by July 25, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action. If you purchased or acquired Alphabet Class A and/or Class C stock from April 23, 2018, through April 30, 2019, inclusive, and do not request exclusion from the Settlement Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.AlphabetSecuritiesSettlement.com, or by writing to:

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY AUGUST 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 19% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $1,750,000.00. ANY OBJECTIONS MUST BE SENT TO THE CLAIMS ADMINISTRATOR **BY AUGUST 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: April 9, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## NOTICE OF SALE

**UCC Public Sale Notice**

PLEASE TAKE NOTICE that Deutsche Bank AG, New York Branch (collectively, "**Secured Party**"), will offer for sale at public auction one-hundred percent (100%) of the partnership interests (the "**Partnership Interests**") in CGI 640 Ocean Management GP, LLC, a Delaware limited liability company, and CGI 640 Ocean Management Holdco, LP, a Delaware limited partnership ("**Pledgor**"), along with certain rights and property representing, relating to, or arising from the Partnership Interests (collectively, the "**Collateral**"). Secured Party shall conduct the sale pursuant to § 9-610 through 9-613 (inclusive) of the Uniform Commercial Code (the "**UCC**") and that certain Pledge and Security Agreement, dated August 3, 2021, by and between Secured Party, Pledgor, and CGI 640 Ocean Management, LP ("**Debtor**").

Pledgor is the owner of all equity interests in Debtor, the entity that owns the real property and improvements known as The Gabriel Miami South Beach, Curio Collection by Hilton, located at 620, 626, 640, and 650 Ocean Dr, Miami Beach, FL 33139. For information purposes only, Debtor is the borrower under a mortgage loan in the original principal amount of $71,105,000 (the "**Mortgage Loan**").

The sale will take place on July 17, 2024 at 10am Eastern Standard Time (the "**Sale**"). Purchasers may attend the Sale at the law office of Gibson, Dunn & Crutcher LLP and via web-based video and/or telephonic conferencing program at the following link: https://hodgeswardelliott.zoom.us/j/88228268631

Secured Party shall sell the Collateral as a single unit to the highest bidder on an "AS IS, WHERE IS", "WITH ALL FAULTS" BASIS, WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, expressed or implied, including, without limitation, merchantability, fitness for a particular purpose, condition or title, possession, quiet enjoyment, and without any right of set-off or recoupment. All parties desiring to qualify as a bidder at the Sale are required to deliver by July 16, 2024 at 4:00 PM Eastern Standard Time (1) a deposit of $100,000 and (2) proof of financial ability to consummate the Sale. A prevailing bidder must pay the balance of the purchase price for any successful bid to Secured Party by 4:00 P.M. Eastern Time on the second (2nd) business day after the acceptance of any such bid.

All parties desiring to bid on the Collateral shall pay any deposits and payments toward the purchase of the Collateral by wire transfer. Secured Party shall cause to be returned all qualifying deposits for non-prevailing bidder(s) in a reasonable period of time after the closing of the Sale(s) to the prevailing bidder(s). If the prevailing bidder(s) defaults on the balance of the purchase price, its qualifying deposit shall be forfeited and Secured Party shall (x) retain such deposit, and (y) at its option, sell the Collateral to the next highest bidder. Secured Party reserves the right for itself or its nominee or designee to: (a) credit bid all or a portion of its claim at the Sale; (b) adjourn or cancel the Sale without notice; (c) alter the terms of payment; (d) abandon or elect not to dispose of the Collateral; and/or (e) reject all bids. If Secured Party accepts the bid(s), Secured Party will provide the prevailing bidder(s) with a bill of sale with no representations or warranties of any kind or nature whatsoever. Secured Party may announce additional terms of sale at or before the time of the Sale. The prevailing bidder must pay all transfer taxes, stamp duties and similar taxes in connection with the purchase of the Collateral.

The Collateral includes unregistered securities under the Securities Act of 1933, as amended (the "**Securities Act**"). Secured Party reserves the right to restrict participation in the Sale to prospective bidders that represent that the Collateral will not be sold, assigned, pledged, disposed of, hypothecated or otherwise transferred without the prior registration in accordance with the Securities Act and the securities laws of all applicable jurisdictions, unless an exemption from such registration is available.

PLEASE TAKE NOTICE that there are specific requirements for any potential bidder in connection with obtaining information, bidding on the Collateral, and purchasing the Collateral, including without limitation complying with this Notice and any additional terms of Sale as determined by Secured Party in its sole discretion (collectively, the "**Terms of Sale**"). Interested parties will need to execute a standard confidentiality and non-disclosure agreement found at https://thegabrielmiamisouthbeachucc.hodgeswardelliott.com/. An online data room (the "**Datasite**") is available to prospective investors, subject to execution of a confidentiality and non-disclosure agreement (collectively, "**Disclosed Materials**"). The data room can be accessed via Hodges Ward Elliott through a third-party secure site (ShareFile). Contact loansales@hodgeswardelliott.com should you experience any problems accessing the site.

No information provided, whether in the Datasite or otherwise, shall constitute a representation or warranty of any kind with respect to such information, the Collateral or the Sale.

Questions may be directed to Michael Britvan at 646.553.3639 or mbritvan@hodgeswardelliott.com.

## BOATING

YACHT FOR SALE
Located in Ft. Lauderdale

CORAZON
112' › SUNSEEKER › 2012
Five staterooms, on-deck master.
Asking $4,250,000
Trevor +1 954 647 5217

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2024 Dow Jones & Company, Inc. All Rights Reserved.

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on May 3, 2024:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of May 2024, at Sellersville, Pennsylvania.

Carla Peak

Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Alphabet Securities Litigation

May 03, 2024 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Alphabet Securities Settlement:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No. 3:18-cv-06245-TLT |
| This Document Relates To:<br>ALL ACTIONS. | CLASS ACTION |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED ALPHABET, INC. ("ALPHABET") CLASS A AND/OR CLASS C STOCK DURING THE PERIOD FROM APRIL 23, 2018, THROUGH APRIL 30, 2019, INCLUSIVE ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 24, 2024, at 2:00 p.m., before the Honorable Trina L. Thompson at the United States District Court, Northern District of California, Phillip Burton Federal Building & United States Courthouse, Courtroom 9 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation") for $350,000,000.00 should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice")), which is discussed below and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR ACQUIRED ALPHABET CLASS A AND/OR CLASS C STOCK FROM APRIL 23, 2018, THROUGH APRIL 30, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim by mail **(postmarked no later than July 25, 2024)** or electronically **(no later than July 25, 2024)**. Your failure to submit your Proof of Claim by July 25, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action. If you purchased or acquired Alphabet Class A and/or Class C stock from

April 23, 2018, through April 30, 2019, inclusive, and do not request exclusion from the Settlement Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.AlphabetSecuritiesSettlement.com, or by writing to:

*Alphabet Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301175
Los Angeles, CA 90030-1175

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY AUGUST 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, AND THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 19% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $1,750,000.00. ANY OBJECTIONS MUST BE SENT TO THE CLAIMS ADMINISTRATOR **BY AUGUST 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: April 9, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Contacts

Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire
Address: 101 California Street 20th Floor
City, ST Zip: San Francisco, CA 94111
Phone #: 415-986-4422
State of: California

The press release was distributed on May 3, 2024 to the following media circuits offered by the above-referenced wire service:

1. National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of May 2024, at Sellersville, Pennsylvania.

Carla Peak
Carla Peak