BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
JON FOUGNER, State Bar No. 314097
jon.fougner@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No.: 3:18-CV-06245-TLT |
| | **DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT** |
| | Hon. Trina L. Thompson |
| This Document Relates to: All Actions. | |

Defendants Alphabet Inc. *et al.*[1] respectfully submit this memorandum in response to Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation, filed on July 19, 2024. Docket No. 233.

Without adopting Lead Plaintiff's characterization of the underlying facts or of developments during the course of the litigation, Defendants support the entry of a final order approving the settlement, along with entry of the proposed Final Judgment. Since the Court entered its Preliminary Approval Order on April 9, 2024, nothing has changed in our view to warrant rejecting this resolution. Docket No. 232.

With respect to the proposed Plan of Allocation, Defendants take no position.

Similarly, with respect to Lead Plaintiff's proposed fee award, Docket No. 234, Defendants take no position.

Respectfully submitted,

Dated: August 2, 2024        FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Boris Feldman*
        Boris Feldman

BORIS FELDMAN
DORU GAVRIL
ELISE LOPEZ
JON FOUGNER
OLIVIA ROSEN
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
elise.lopez@freshfields.com
jon.fougner@freshfields.com
olivia.rosen@freshfields.com

---

[1] Google LLC, Lawrence E. Page, Sundar Pichai, Keith P. Enright, John Kent Walker, Jr.

SWANSON & McNAMARA LLP
MARY McNAMARA
EDWARD SWANSON
BRITT EVANGELIST
CARLY BITTMAN
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
mary@smllp.law
ed@smllp.law
britt@smllp.law
carly@smllp.law

WILSON SONSINI GOODRICH & ROSATI, P.C.
IGNACIO E. SALCEDA
BENJAMIN M. CROSSON
STEPHEN B. STRAIN
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
isalceda@wsgr.com
bcrosson@wsgr.com
sstrain@wsgr.com

*Attorneys for Defendants*

-2-