BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
Email: doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
Email: elise.lopez@freshfields.com
JON FOUGNER, State Bar No. 314097
Email: jon.fougner@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
Email: olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No.: 3:18-CV-06245-TLT <br><br> **DEFENDANTS' MEMORANDUM IN SUPPORT OF FINAL APPROVAL** <br><br> Hon. Trina L. Thompson |
| This Document Relates to: All Actions. | |

Defendants respectfully submit this statement in support of final approval of the Stipulation of Settlement and entry of the proposed final judgment. None of the objections that have been submitted call into question the fairness of the settlement to the class. With respect to attorneys' fees and the plan of allocation, Defendants take no position and defer to the Court.

Dated: September 6, 2024

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Boris Feldman
     Boris Feldman

BORIS FELDMAN
DORU GAVRIL
ELISE LOPEZ
JON FOUGNER
OLIVIA ROSEN
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
elise.lopez@freshfields.com
jon.fougner@freshfields.com
olivia.rosen@freshfields.com

SWANSON & McNAMARA LLP
MARY McNAMARA
EDWARD SWANSON
BRITT EVANGELIST
CARLY BITTMAN
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
mary@smllp.law
ed@smllp.law
britt@smllp.law
carly@smllp.law

WILSON SONSINI GOODRICH & ROSATI, P.C.
IGNACIO E. SALCEDA
BENJAMIN M. CROSSON

STEPHEN B. STRAIN
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
isalceda@wsgr.com
bcrosson@wsgr.com
sstrain@wsgr.com

*Attorneys for Defendants*

DEFENDANTS' MEMO ISO FINAL APPROVAL
CASE NO. 3:18-cv-06245-TLT

-2-