UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM WICKS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALPHABET, INC., et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06245-TLT<br><br>**QUESTIONS FOR THE FINAL SETTLEMENT APPROVAL**<br><br>Re: Dkt. Nos. 233, 234 |

The Court invites the parties to file responses to the questions below:

**For the Plaintiff:**

1. There are 58 opt out members, what is the impact, if any on the final distribution?
    a. What is the percentage or amount?
    b. What about the two untimely opt out members?

2. After deductions from the common fund for fees, costs, and service incentive awards, what amount will remain to be distributed among the participating class members?
    a. Additionally, how many class members are there?

3. It appears that you are no longer requesting an incentive payment for the Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(4). Is this correct?

4. What percentage do the objectors and opt outs constitute out of the total number of class members?

5. Based on the detailed time records submitted by counsel, the attorneys' fees sought amount to approximately what percentage of its lodestar?

6. Do you confirm that Investor Protection Fund is the *cy pres* recipient?

7. Can you explain why you changed the cost request from $1,750,000 to $1,540,059.57?

**For the Objectors (Faris Sabri Azzouni, Richard A. Hauser, Larry Killion), Defendants, and Plaintiffs:**

1. While the proposed attorneys are less than the Ninth Circuit's 25% benchmark for common fund cases, what additional factors do you think the court take into consideration when considering the attorneys' fees?

2. What do you think makes an attorneys' fee reasonable versus excessive?

3. Please elaborate on your concerns regarding the current attorneys' fees of 19% ($66,500,000.00).

Dated: September 24, 2024

_____
TRINA L. THOMPSON
United States District Judge