BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
JON FOUGNER, State Bar No. 314097
jon.fougner@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No.: 3:18-CV-06245-TLT<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Hon. Trina L. Thompson |

This Document Relates to: All Actions.

NOTICE OF CHANGE OF FIRM NAME

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has changed its name to **Freshfields US LLP**. The Firm's and its lawyers' addresses, phone numbers, fax numbers, and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Dated: October 15, 2024                FRESHFIELDS US LLP

                                                                                   By: */s/ Boris Feldman*
                                                                                       Boris Feldman

                                                                                       BORIS FELDMAN
DORU GAVRIL
ELISE LOPEZ
JON FOUGNER
OLIVIA ROSEN
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
elise.lopez@freshfields.com
jon.fougner@freshfields.com
olivia.rosen@freshfields.com

-1-
NOTICE OF CHANGE OF FIRM NAME
CASE NO. 3:18-cv-06245-TLT