ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
ELLEN GUSIKOFF STEWART (144892)
LAURA ANDRACCHIO (187773)
MICHAEL ALBERT (301120)
J. MARCO JANOSKI GRAY (306547)
TING H. LIU (307747)
KENNETH P. DOLITSKY (345400)
SARAH A. FALLON (345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com
elleng@rgrdlaw.com
landracchio@rgrdlaw.com
malbert@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
kdolitsky@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | ) Master File No. 3:18-cv-06245-TLT ) ) CLASS ACTION ) |
| This Document Relates To: | ) UPDATED STATUS REPORT ) |
| ALL ACTIONS. | ) DATE:  November 4, 2025 ) TIME:   11:30 a.m. ) CTRM:  VIA ZOOM ) JUDGE: The Honorable Trina L. Thompson |

4926-8370-6482.v1

1    In accordance with the Court's August 12, 2025 Minute Order (ECF 258), Lead Plaintiff respectfully provides the following updates and information in the above-captioned litigation.

As detailed in the Post-Distribution Accounting Form (the "Accounting") filed on July 31, 2025 (ECF 257-1), on July 31, 2025, checks totaling $271,111,078.07 were sent to Authorized Claimants whose minimum recovery was $10.00.[1]  A total of 110,852 checks were sent.  Based on information provided by Gilardi & Co. LLC ("Gilardi"), to date, 105,958 checks totaling $267,740,912.41 have been cashed.  The stale date of this initial round of checks was September 29, 2025.  Not surprisingly, a number of checks remain uncashed and funds have otherwise been returned to Gilardi.  Gilardi is actively reissuing previously uncashed checks where requested by Class Members, and is otherwise working with Class Members to facilitate delivery of Settlement funds.

As of October 14, 2025, the balance in the distribution account is $22,843,470.19, inclusive of uncashed checks, returned funds, and reserves for further administration and tax expenses.  Lead Counsel believes this balance will decrease in the near future as Gilardi continues to work with Class Members, but will not reach zero.

Lead Counsel anticipates that a residual distribution of unclaimed funds to those Authorized Claimants who cashed their first checks and would receive at least $10.00 will be economically feasible (*i.e.*, the amount distributed will well exceed the expense of the residual distribution), and Gilardi would undertake such a *pro rata* distribution in early 2026.  *See* Order Granting Motion for Final Approval of Settlement; Granting Motion for Attorney Fees, Costs, Reallocation of Remainder and De Minimus Donation ("Final Approval Order"), ECF 245 at 13-14.  Lead Counsel will continue to file monthly status reports to keep the Court and Class apprised of the distribution progress and to provide the details of any planned residual distribution (total amount, average payout, total expense) in case the Court has any questions about the wisdom of proceeding.

---

[1]    As noted in the Accounting, $18,429,723.04 was held back for a number of reasons, but has subsequently been distributed.  *See* Accounting, Question 32.

To date, Gilardi has invoiced and been paid $4,082,655.26 for its notice and administration services through the initial distribution. This amount includes the costs of providing notice and other third party expenses ($958,577.21), the toll-free help line, and the per-claim costs of administration. The invoice and its backup are attached hereto as Exhibit A.

The Court also requested additional information concerning Lead Counsel's expert costs. Those costs, totaling $1,335,158.93, were maintained at the levels approved by the Court in the Final Approval Order at 13-14 (ECF 245), as detailed in the previously submitted Declaration of Michael Albert Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses (ECF 234-1) at ¶7(d) and here:

- F. Partnoy, Inc.: $433,125.00. Frank Partnoy is the Adrian A. Kragen Professor of Law at the UC Berkeley School of Law and he has written extensively on the fields of securities markets and regulation, including finance, accounting, and valuation. Lead Counsel utilized Professor Partnoy's opinions on market efficiency and the ability to prove class-wide damages in connection with Lead Plaintiff's second motion to certify class.

- The BVA Group, LLC: $412,119.61. BVA is a nationally recognized consulting group which specializes in valuation, financial advisory, and commercial litigation. Joseph R. Mason, Ph.D. is a Professor of Finance at the Ourso School of Business, Louisiana State University, Fellow at the Wharton School, the University of Pennsylvania, and Senior Advisor at BVA Group. Lead Counsel retained Dr. Mason to analyze and provide expert opinion regarding whether damages could be shown at a class-wide basis in connection with Lead Plaintiff's first motion to certify class.

- Jonah Gelbach: $362,094.51. Jonah Gelbach, Ph.D., J.D. is an economist and the Herman F. Selvin Professor of Law at the University of California Berkeley School of Law where his scholarship focuses on, among other topics, law and economics, event study methodology, securities litigation, and applied statistical methodology. Lead Counsel retained Professor Gelbach to research, analyze, and provide expert opinions on issues relating to price impact and statistical significance of the alleged stock drops in connection with Lead Plaintiff's second motion to certify class. Lead Counsel also extensively consulted Professor Gelbach on the issues of loss causation and damages. In addition, Professor Gelbach played a vital role in the development and negotiation of the Plan of Allocation, which governs how claims will be calculated.

- Andrew Baker: $59,678.67. Andrew Baker is an assistant Professor of Law at the University of California Berkeley School of Law. Lead Counsel retained Professor Baker to assist in Professor Gelbach's research and analyses.

- Kellogg, Hansen, Todd, Figel & Frederick, PLLC: $58,131.46. Kellogg, Hansen, Todd, Figel & Frederick, PLLC is a preeminent trial and appellate litigation firm. Lead Counsel retained Kellogg Hansen to advise and assist with the preparation of Supreme Court briefs in connection with Defendants' Petition for a Writ of Certiorari.

- ValueEdge Advisors, LLC: $6,379.68. ValueEdge Advisors is a leading corporate governance consulting firm. Lead Counsel retained ValueEdge Advisors to analyze and provide advice related to corporate governance policies and potential reforms at Alphabet.

- Tasta Group (d/b/a Caliber Advisors, Inc.): $2,612.50. Lead Counsel retained the services of economic expert Bjorn Steinholt with Caliber Advisors, Inc. to analyze and provide his opinions regarding the statistical significance of alleged stock drops as well as estimated damages.

- HaystackID, LLC: $1,017.50. HaystackID is a specialized e-discovery services firm. Lead Counsel retained the services of HaystackID to assist with issues related to Alphabet's production of electronic documents, including document attachments, hyperlinks, and format of productions.

Finally, the Accounting referenced the three filed objections. *See* ECF 257-1, Question 8. The Court asked Lead Counsel to provide information on those objections. ECF 258. Lead Counsel has not had any further contact with the objectors since addressing their objections in its Omnibus Reply in Support of Motions for Final Approval of Settlement and Award of Attorneys' Fees and Expenses, filed on September 6, 2024. ECF 238 at 1-3. All three objectors lacked standing because they suffered no monetary damages and all three filed boilerplate objections detached from any substantive aspect of this case and its resolution. Lead Counsel continues to believe that the facts and law relevant to this case fully support the Court's consideration of and decision to overrule the objections "for the reasons stated on the record at oral argument, and as further explained below." Final Approval Order at 8-9, 12-13.

Should the Court have any questions concerning the foregoing, Lead Counsel will address them at the November 4, 2025 Status Conference.

| | | |
|---|---|---|
| 1 | DATED: October 15, 2025 | Respectfully submitted, |
| 2 | | ROBBINS GELLER RUDMAN  & DOWD LLP |
| 3 | | JASON A. FORGE  ELLEN GUSIKOFF STEWART |
| 4 | | LAURA ANDRACCHIO  MICHAEL ALBERT |
| 5 | | J. MARCO JANOSKI GRAY  TING H. LIU |
| 6 | | KENNETH P. DOLITSKY  SARAH A. FALLON |

                                                                     s/ Jason A. Forge
                                                                     JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com
elleng@rgrdlaw.com
landracchio@rgrdlaw.com
malbert@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
kdolitsky@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Plaintiff